# Exhibit 2

Declaration of Phil Wells

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>Defendants. | Case No. _____<br><br>**DECLARATION OF PHIL WELLS** |

I, Phil Wells, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I submit this Declaration in support of the Declaration of my minor child, who I shall refer to as "HW".

3. As the parent of HW, I went over her declaration with her, and I am satisfied that both of us understand what perjury means, and her signature on that declaration is authorized by me as her custodial parent.

4. Myself, CG, and my daughter, HW, attended a meeting with Superintendent Gregg Palmer and Brewer High School Principal Brent Slowikowski.

5. I am not an attorney.

6. At that meeting, Superintendent Gregg Palmer and Brewer High School Principal Brent Slowikowski reiterated that the Brewer School Department would not permit nor tolerate

RANDAZZA | LEGAL GROUP

- 2 -

the petition being circulated.

7. They reiterated that there would be adverse action taken against HW and CG. I also believed that those threats were aimed at me.

8. Given the threats made by Superintendent Gregg Palmer and Brewer High School Principal Brent Slowikowski, I left the meeting in fear of criminal prosecution or civil prosecution if HW and CG continued to circulate the petition.

9. At the meeting, Mr. Palmer and Mr. Slowikowski stated that the petition constituted "hate speech" and could be a "hate crime."

10. I then communicated with Mr. McBreairty to seek help from him to bring attention to this issue, and to seek public support for HW and CG's rights, and to influence public opinion against the suppression of their First Amendment rights.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 / 21 / 2024        By: *Phil Wells* (signature)
                                  Phil Wells