# Exhibit 3

Article
*"Girl's Bathrooms are Not 'Safe Spaces'
When Males are Present"*
February 12, 2024










# Girls' Bathrooms Are Not "Safe Spaces" When Males Are Present

Feb 12, 2024





Girls' high school bathrooms inside most public schools are no longer "safe spaces" because of males being allowed to use them.

**@ShawnMcBrealrty**

**Brewer, Maine** – A male in the female high school bathroom is placing the safety of girls at risk, a teacher skips class to bully students saying she "would have them charged with hate crimes," because of a petition denouncing this issue and the superintendent performed as a drag-queen inside a school. Just another day in the world of our horrific public K-12 education system. An absolute clown-show.

This is a follow up story to an article I recently wrote on this very subject of bathroom safety. Public K-12 schools around the country so desperately want to normalize boys pretending to be girls and girls pretending to be boys. It's not normal. It's sick in the head. Parents and taxpayers need to stop allowing it. They need to pull their kids out of these schools now, before their child's innocence is lost, or worse. If they can't do that, they better make changes on their local school boards, or expect more of the same. It's not if a girl will be

sexually assaulted in the girls' bathroom, it's when.

To be clear, saying "I identify as," is the same as saying, "I pretend to be." It's simply biological science. You are either born with XX, or XY chromosomes and that won't ever change, regardless of if you wear a dress. The rest of the world does not have to affirm sexual narcissism, mental health issues, chemical castration, cross-sex mutilation and those unwilling to believe in our one shared reality. Those folks need help before they harm themselves, or others. But enabling them doesn't help.

> "I personally have no problem with people who are trans gender but have a problem when it forces people to accept them. Everyone has their own opinions and yes they should keep these opinions to themselves but should not be silenced because of these thoughts and beliefs." – Blair Wilson , Brewer High School Student

In this case, there are unconfirmed allegations of previous sexual assaults. There are multiple petitions signed by students, parents and taxpayers to remove a male from the female bathroom because rational people see this as a safety issue. Males invading female spaces is mostly happening in high schools, but methodically this plight is drifting down the River Styx to middle and elementary schools. Females are beginning to understand that having a male in a girls' room, what was for centuries a "safe space," is no longer safe. It's a huge risk.

School administrations are pushing this trans-nonsense on minor children with the help of money from Big Pharma, Big Medical, the teachers unions, the librarians, the school counselors, the school lawyers, the legislature and most state departments of education. I use that term "education" loosely, given that we now have the worst academic assessment scores in our nation's public school history. These groups are all now the equivalent of a bunch of trans-cultists. These same people pushing this trans-narrative can't even answer the question, "What Is A Woman?"

When do parents revolt against these woke indoctrination centers who claim to kids as young as five years old in kindergarten classrooms that you might have been born into the wrong body? That boys should be allowed to dominate girls. They claim if you don't affirm their gender, these students will kill themselves. Do you want a dead son, or a trans-daughter, is what they are told.

That argument, is of course, all emotional blackmail to uneducated parents. Most of whom are caught off guard by all of this occurring inside their local school. Sometimes all it takes is three hours to sexually transition your child in an afterschool "Art Club" that is actually a Gay Sexuality Alliance. These organizations are run by groomers. Make no mistake, they are coming for your kids.

The American College of Pediatricians just launched a fact based position summary entitled, "Best for Children." It documents that in over 60 studies reviewed that children identifying as transgender is a mental health issue, all gender identity issues aside. "The research casts doubt on claims that social affirmation (like using desired pronouns, or allowing cross-sex bathroom use, or athletics)...helps their long-term psychosocial wellbeing."

## The mental health issues of "gender-incongruent youth" are due to the root-cause of the problem, brought on by mental, sexual, physical child abuse, family disfunction, adverse childhood events, indoctrination, or peer pressure.

The argument used that these "trans-kids" will "commit suicide" if you don't go along with this evil plan has been debunked for a while. The most thorough follow-up of sex-reassigned people ever conducted over a 30 year timeframe, performed in Sweden on the harms of trans-surgery found that sex reassignment surgery doesn't lead to positive outcomes. "...the suicide rate of those who had undergone sex-reassignment surgery rose to 20 times that of comparable peers." AFTER they transition, they have a 20 times greater chance to kill themselves.

Hunter Dawson, aka "Jax" is a senior at Brewer High School. He goes by the pronouns they/them on Instagram and his profile name is "dumbjaxdawson." He's been allowed by the administration to continue to enter female spaces for the last three months. Even after students' concerns were reported. He once stated he was "too emo for this school," but now he is literally playing dress up, because the school policy allows it to continue and no one has the balls to stop it.

There have been various social media posts that "...he is alleged to have touched some female student(s)." Additional, yet unconfirmed reports state he is accused online of a "sexual assault" of a fellow student "in late 2021." There was another post stating "...in september (sic) of 2022 I (sic) was taken advantage of by (Hunter) Jax Dawson." Sources state these are "different people" making these serious claims. Is the school aware of these claims? Some say they are.

> "It is truly disheartening to see women going through a struggle of keeping their bathrooms safe. Having to fight as hard as we are to keep young girls safe from predators is vile and says a lot about the priorities of our school system," – Emily Tompkins, local resident.

As students have reported these issues to school officials and teachers, one anonymous Brewer High School student has been "hurt" and "belittled," as people have been "turned against her." She stated, "I signed the petition to have (Hunter) removed from the bathroom. I went to the office about removing them from the bathroom. Simply because it is a safe space for biological women to use."





Brewer, ME High School girls' bathroom photo of male Hunter "Jax" Dawson (green hair and brown dress)  provided by an anonymous source.

Students, parents and taxpayers are simply not being heard by this school administration and are effectively being bullied and blocked into submission.  Recently there was an online petition that had gained more than 700 signatures denouncing this bathroom safety issue.  It was then taken down by the company Change.org because the information about the concern "violated our Community Guidelines."

A paper petition was also circulated around the schools about these concerns and over the course of just three days there were over eight pages of hundreds of student signatures written on the fronts and backs of the paper.  To date the school has done nothing to ease the safety issues brought forward.  Nothing.



Hunter "Jax" Dawson, a boy who is allowed to hang out in the girls room, via his Instagram page.

"...once a teacher found out about it (the petition) who is pro lgbtq, she flipped out and went up to these students stating **she would have them charged with hate crimes** if they continued to let students sign the petition.  This teacher took it to the principal (Brent Slowiskowski) and the students then were revoked the rights to let the petition be passed during class." -- Anonymous Brewer High School student

Just who is this "pro-LGBTQ," teacher?  None other than the person who sued the Brewer School Department in 2022 for "discrimination" because they didn't affirm her madness.  We introduce "drama queen," Brewer High School English Teacher Michelle MacDonald.



**MICHELLE MACDONALD**
English
Teacher
(207) 989-4140
mmacdonald@breweredu.org

"Pro-LGBTQ" Brewer, ME High School English Teacher, Michelle MacDonald.

Taken directly from the court documents, "The Plaintiff, Michelle MacDonald, has worked as an English teacher at Brewer High School since 2007.  In addition to teaching, MacDonald also served as the Curriculum Leader and department chair for seven years and as the co-advisor for the school's Gender and Sexuality Alliance ('GSA')."  GSA's are indeed "like a religion," but more like a cult.  These cults are full of useful idiots.

"MacDonald has a transgender child who attends a different school (Hampden Academy.  She's a girl who pretends to be a boy on the male track team, usually coming in dead last).  MacDonald states that she 'is well known for her advocacy on behalf of LGBTQ+ students,' and alleges that, beginning in 2017, she started experiencing pushback, hostility, and even retaliation in response to that advocacy."  Her "advocacy" includes shaming minor students for use of "dead names" and "nonpreferred pronouns."

"You expect this type of behavior from a teenage boy, but the fact that an adult teacher, Michelle MacDonald, not only protects this behavior, but encourages it, is downright despicable.  Not only should she be terminated, she should be in jail for subjecting these girls to potential assaults.  As parents, we trust teachers to educate and protect our children while in their charge.  This teacher has chosen to turn this into an

LGBTQ issue to further push her agenda rather than protect her students," – *Anonymous local citizen*

As part of this lawsuit, Brewer School Department caved to MacDonald who "...also requested that (they) implement more LGBTQ+ rights and awareness training for staff." Who did the Brewer School Department hire to implement this madness? We introduce Gregg Palmer, who was hired to be the Superintendent in August of 2019.

Brewer Superintendent Gregg Palmer had resigned as Principal of Deering High School in Portland, ME in 2019 due to, "enrollment dip stoked conversations about diversity" and teachers that were "vocally critical of the initiative, saying that its implementation caused, or contributed to, a lack of discipline and **unsafe environment at the school.**" Sound familiar?



**Gregg Palmer** · 3rd
Superintendent of Schools

Brewer, Maine, United States · Contact info

Former Principal of Deering High School resigned due to "vocally critical" teachers' concerns. Linkedin photo.

Not only does he put he/him/his in his email bio, so you know he's a sexual narcissist, he participated in a drag show inside Deering High School in Portland, ME. Yes, you read that correctly boys and girls, in 2018 your local Brewer, Maine Superintendent, Gregg MacDonald "made his drag debut on stage...wearing a teal blue wig, he danced across the stage to David Bowie's 'Under Pressure."

> Pull your kids now parents, as your local schools are being run by trans-stripper, groomer-clowns performing in female blackface. Does it make more sense now taxpayers? Are you starting to connect all the dots? It is a coordinated effort to eliminate the morality and family values inside your local schools.

Superintendent Gregg Palmer stated in an interview back on July 14th, 2021, "The (Brewer) School Department is proud of the work it has engaged in over the past few years around the rights of all our students and employees which includes a new equity and inclusion task force; support of our Civil Rights and GSA teams; engaging with Racial Equity and Justice, a local group dedicated to support and education around these issues; district-wide training regarding equity; local grants to support new initiatives related to educating students regarding indigenous peoples; rainbow sidewalks that celebrate diversity and connect our high school parking lot to the building; a large group of students attending this years Seeds of Peace camp and who will return ready to be part of the conversation around ensuring a just, safe, positive educational experience for every individual; and strong, consistent statements of support by our School Committee and the Trustees."

 **BREWER SCHOOL DEPARTMENT**
**Brewer, Maine 04412**

2.11.2024

Dear Brewer School Department Families, Students, and Staff:

Recently we were each reflecting on how proud we are of the Brewer School Department and the community that supports it.

At our core we are a learning institution, and we sit inside a community that is rooted in family and has a strong school spirit. Here in Brewer we work hard, play fair, and take care of our own.

Unfortunately, as I'm sure many of you are aware, in the past few days we have seen online hate directed at members of our school community. These attacks are detrimental to that very sense of family and community we have created together, and they are inconsistent with our policies and the well-settled law of this State, as articulated through Maine statutes and our State's highest court. While we know many of those involved in these attacks are not connected to the Brewer School Department, those who are must do better. Our offices will continue to enforce our bullying and harassment policies and make sure that all members of our community know they are not only welcome, but that they belong in our schools.

We understand there are competing viewpoints. However, even when that is the case, in Brewer we clarify and follow the rules while respecting one another and treating our neighbors and coworkers with decency; and in the halls of our schools we celebrate students meeting their peers with dignity and empathy.

We live in uncertain and divisive times when it is too easy to give into anger and vitriol and treat rumor as fact, believing the least generous among us. Instead, as you go about your week, please help us to maintain a spirit of caring for one and all.

During that conversation of how proud we are of Brewer schools and our community, we noted that sooner or later

Witches always rise together to find and celebrate the best in us. Let that time be now.

Sincerely,

*[signature]*

Gregg Palmer, Superintendent

*[signature]*

Brent Slowikowski, Principal

These schools never take responsibility for their actions. "Witches always rise together!?" Pure evil.

None of this effort helps this pathetic school district improve academics. In the last true academic assessment Brewer High School only had about 40% of students who could read at proficiency and only 25% of students who could perform math at proficiency. Some of the worst assessment scores in all of Maine. Absolutely pathetic. Even the students know this situation is impeding their education.

> *"Why is my education and many other students' education being put off so that a lgbtq student can keep causing issues and making many others feel uncomfortable?"* – Anonymous Brewer High School student

The Maine School Management Association, who makes about $700,000 a year on the backs of Maine taxpayers to push woke nonsense like this, does it with the help of their legal bullies, DrummondWoodsum. They undoubtedly wrote the ridiculous February 11th letter above. They force schools into "Transgender and Gender Expansive Student" policies and the Brewer School Committee now run by Chair Kevin Forest, took it hook, line and sinker. It's not "settled law" folks.

Not even the Maine Supreme Court affirms what Brewer is doing to these poor female students. In the 2014 case, Doe v. RSU26, the court stated that only in this case of a "medically defined gender dysphoria," was a male student allowed to enter the girls' room. I believe that today that case would be overturned by the U.S. Supreme Court because the risk to the whole is greater than the now debunked risk to the one. But, RSU26, Orono, ME, like the Brewer School Department caved to the LGBTQ-cult, rather than fight for the safety of females.

The policy "JB", which is buried in the online policy information irresponsibly speaks to a "learning environment that is safe, affirming, and free from discrimination, harassment and bullying for all students." Unless of course, you are a straight, concerned, fearing for your own safety, female student. If you are one of these, you have no rights of protection inside Brewer High School.

> 4. **Restrooms, Locker Rooms and Other Gender-Segregated Facilities:** Students shall be permitted to use restrooms, locker rooms and changing facilities corresponding to the gender identity which the student asserts at school. The district will provide reasonable alternative facilities such as a separate stall or a staff facility in accordance with a student preference for greater privacy. A student shall not be required to use a separate, non- communal facility over their objection.
> Brewer ME School Department Policy JB – Transgender And Gender Expansive Students, aka "the unicorn policy"

This is the same policy which hides student information from parents. A direct quote from the policy states, "At the request of a student, and consistent with the student's gender identity, the district shall use the student's preferred name and pronouns **consistent with their gender identity** on all other documents including but not limited to school identification, classroom rosters, certificates, diplomas and yearbook." We live in the dumbest times ever.

> *"School districts shouldn't allow anybody to use a bathroom made for the opposite sex regardless of their pronouns or how the person identifies. There are gender neutral bathrooms available for these sorts of situations because girls shouldn't have to feel uncomfortable using their bathroom."* – Olivia Tinkham, Brewer High School Student

All any mental misfit needs to do is "assert" that they are another gender and with the wave of a far-left progressive magic wand, "poof" you are a unicorn! Honestly, at this point, one may advocate that every girl and every boy inside Brewer High School simply affirm whatever the hell they want and freely go in and out of any bathroom, locker room, shower, the teachers' lounge, teachers' bathroom, office, or whatever structure is available. Just for sport. Affirm whatever you wish kids, you can go anywhere!

But normal people don't do that, because they know the risks that come with mixing different sexes, all hyped up on hormones, vape and Mountain Dew in allegedly private spaces. It's a safety issue, but the Brewer School Department couldn't care less about your daughter's safety.

What did the school do about these reported safety concerns? The school told students, "...if girls feel uncomfortable they can go to a different bathroom, or take a buddy to the bathroom." The Brewer School Department tips their hand here as a matter of fact. If it's "safe" then why would a girl need a "buddy" to go with her?

> *"I cannot even believe we are needing to have this conversation. I am exhausted with the supposed 1.03% of the nation being bullies of the rest. They got their 'gender fluid' bathrooms, so use them. It is just more proof that it will never stop. If students are saying that they feel unsafe, then the school needs to remedy that, before somebody gets hurt."* – Jake Blackie, parent of a Brewer student

Until these school boards fear the will of parents with sane kids more than they fear parents of insane kids, this crap will continue. Brewer School Committee should quickly acquaint themselves with Scott Smith of Loudoun County, Virginia. He's the dad whose little girl was sexually assaulted inside a high school bathroom by a trans-girl, a guy wearing a skirt. Scott sued the district for Title IX violations for $30 million dollars.

Title IX is a federal law which protects girls from sexual harassment, unwelcome sexual comments and is intended to protect females from discrimination. Something the Brewer School Department is now accused of doing by its very student population.

For full transparency, Scott is a friend of mine and I'm well aware of this horrific tragedy. Not because it will right the wrong done to his daughter and family, but the Smith lawsuit against his local school will set legal and financial precedent on this very subject. He's also nearing a massive state lawsuit against the entire Loudoun County School Board, the now fired Superintendent, the Commonwealth Attorney's Office and the

State of Virginia. I hope he wins big in both cases.

> "We are sacrificing the safety of our girls in a place that is supposed to be safe to avert the hurt feelings of a select few. It's not fair to punish the entire female student body with the pressure of outside society. Allowing this is distracting, unsafe, and opening the door to potential sexual assault. Not everyone is a good person. People are taking advantage of an unpolished policy and it's putting female health and safety at risk." – Daniel Smith (no relation), step-father to a Brewer High School female student

The Brewer School Committee has its next meeting tonight, Monday, February 12th, 2024 at Brewer High School, 79 Parkway S, Brewer, ME 04412, in the Lecture Hall at 6pm. Concerned members of the public can provide comments on this issue, or watch the meeting via virtual link. Hope to see you all there.



### Posted by Shawn McBreairty



Shawn McBreairty has been called "America's Most Dangerous Dad" for being an Educational Freedom Advocate; standing up for students, parents, taxpayers and teachers who have not yet found their voice. For over three years, he has taken on the calling of becoming a subject matter expert, exposing Critical Race Theory, the hyper-sexualization of minors and the insanity of the introduction of males into female sports. Most recently playing a significant part in defeating LD1735, Maine's trans-trafficking bill. He's done it on a global level like no one else. His passion for the Truth and use of ridicule against the left drives them wild. Shawn is a member on the board of the World Library Association, a common sense alternative to the "Marxist, lesbian, site of socialist organizing," American Library Association. Check out the education podcast, Maine Source Of Truth, anywhere you listen. Please consider pitching in to help offset his substantial legal costs by going to www.GiveSendGo.com/ShawnMcBreairty and he won't keep a dime. Follow him online @ShawnMcBreairty. Stand beside him, stand behind him, or get the hell out of the way. It is time to take the fight to them! The views expressed in this article are those of the author and do not reflect the official position of yourNEWS. *(Note: Articles may not be original content. Reference byline for original source.)*

## [more]NEWS for YOU



**Dan Perkins Discusses 25th Amendment on Lets Just Talk**

Feb 13, 2024 | Featured, Videos

Tune in to "Let's Just Talk!" with Kathryn Raaker, featuring insightful discussions with notable guest, Dan Perkins. Today, we delve into pressing issues with our ...

[read]MORE



**Moms-Across-America-Democrats wonder when will-biden-hit-bottom**

Feb 13, 2024 | Featured, Videos

Moms-Across-America-Democrats wonder when will-biden-hit-bottom

[read]MORE

**Accused Of Plagiarism**

**Yet Another Harvard University Official Accused Of Plagiarism**

Feb 13, 2024 | Featured, U.S.

An administrator of the Harvard Extension School (HES) was accused of plagiarism in an anonymous complaint sent to the school Friday, according to The Harvard ...

[read]MORE

**system for NATO members who don't pay up**

**Trump adviser proposes new tiered system for NATO members who don't pay up**

Feb 13, 2024 | Featured, Politics

A leading national security adviser to Donald Trump told Reuters on Tuesday that he would push for changes to NATO if the former president returns ...

[read]MORE



your[LOGIN]   Advertise   Be a Citizen Journalist   Privacy   Terms

Copyright ©2024 Nico Venture, Inc. | Send comments, questions or complaints to: info@yournews.com | Site by KD | Beta v9.01