# **Exhibit 4**

Declaration of Cassidy S. Flavin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF CASSIDY S. FLAVIN** |

I, Cassidy S. Flavin, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am a Paralegal employed at the law firm of Randazza Legal Group, PLLC ("RLG"), counsel for Plaintiff in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Verified Complaint.

4. On February 14, 2024, at 3:43 p.m. eastern time, while at the Massachusetts office of RLG and while using the Google Chrome browser on a MacBook Air laptop, I accessed the URL <https://archive.org/web/>, where the Internet Archive's Wayback Machine is hosted.

5. Upon information and belief, the Wayback Machine crawls the Internet and periodically archives websites, allowing users to view versions of websites as they appeared in the past.

6. I directed the Wayback Machine to display to me an archived version of the

webpage located at the URL <https://yournews.com/2024/02/12/2739739/girls-bathrooms-are-not-safe-spaces-when-males-are-present/>.

7. I selected the record dated February 13, 2024, and observed a webpage similar to what I viewed on February 13, 2024.

8. Immediately after visiting this page, I created a printout of it using the Chrome extension "Awesome Screen Recorder". A true and correct copy of this printout is attached to the Verified Complaint as **Exhibit 3**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 / 21 / 2024         By: *Cassidy S. Flavin*
                                   Cassidy S. Flavin

RANDAZZA | LEGAL GROUP

- 2 -
Declaration of Cassidy S. Flavin