# Exhibit 6

E-Mail From Melissa Hewey
February 14, 2024

4:33

 15   **2 Messages**    

   From: **Melissa A. Hewey**
To: **Shawn McBreairty**
Today at 3:57 PM

## Brewer Follow-up

Dear Mr. McBreairty,

As an initial matter, I want to thank you for complying with our request to remove the image and certain content from your post in response to the email I sent you yesterday. I understand that instead, you posted a screenshot of the email I sent you. What you may not have been aware of is that my email quoted verbatim the inappropriate content so by posting the email on X, you have effectively re-posted the inappropriate content.

Please redact the information regarding the BHS student from your second picture and the information regarding the staff member's child on the third page.

Thank you for your prompt attention to this demand.

**Melissa A. Hewey**
Attorney

DI 207.253.0528
MHewey@dwmlaw.com

84 Marginal Way, Suite 600, Portland, ME 04101-2480
800.727.1941   FI 207.772.3627   dwmlaw.com

DrummondWoodsum
ATTORNEYS AT LAW

