# **Exhibit 2**

Declaration of Cassidy S. Flavin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF CASSIDY S. FLAVIN** |

I, Cassidy S. Flavin, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am a Paralegal employed at the law firm of Randazza Legal Group, PLLC ("RLG"), counsel for Plaintiff in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Emergency Motion for a Temporary Restraining Order and for a Preliminary Injunction ("the Motion").

4. On February 21, 2024, at 1:34 p.m. eastern time, while at the Massachusetts office of RLG and while using the Safari browser on a MacBook Air laptop, I visited the *Bangor Daily News* article titled "*Weeks in the Maine Woods are Brewer High School's Answer to Absenteeism*" at the URL: <https://www.bangordailynews.com/2023/07/15/bangor/brewer-high-school-woods-program-joam40zk0w/ >. Immediately after visiting this page, I created a printout of it using the Safari browser's "print to PDF" function. A true and correct copy of this printout is attached to the

Motion as **Exhibit 1**.

     5.    On February 21, 2024, at 1:35 p.m. eastern time, while at the Massachusetts office of RLG and while using the Safari browser on a MacBook Air laptop, I visited the ACAD Hazing Policy at the URL: <https://docs.google.com/document/d/1IoMtrBrOiuRXhbjeQf2wZSVU1m-H7sAzMY1KdxJq0-4/edit>. Immediately after visiting this page, I created a printout of it using the Safari browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 3**.

     6.    On February 21, 2024, at 1:36 p.m. eastern time, while at the Massachusetts office of RLG and while using the Safari browser on a MacBook Air laptop, I visited the ACAF Workplace Bullying Policy at the URL: <https://docs.google.com/document/d/1JHV73KUPXvYzITkxnC7N5uD4BjIxYjb0grMtBpGV2cY/edit>. Immediately after visiting this page, I created a printout of it using the Safari browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 4**.

     7.    On February 21, 2024, at 1:36 p.m. eastern time, while at the Massachusetts office of RLG and while using the Safari browser on a MacBook Air laptop, I visited the JICK Bullying Policy at the URL: <https://docs.google.com/document/d/1EMBuAyVph-cAhc2VNOU-xuAjRgNFWO24Q917-61LltU/edit>. Immediately after visiting this page, I created a printout of it using the Safari browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 5**.

     8.    On February 21, 2024, at 6:36 p.m. eastern time, while at my home and while using the Safari browser on a MacBook Air laptop, I visited the Brewer High School honor roll page at the URL: <https://www.bangordailynews.com/2024/02/21/bdn-maine/hampden-academy-

RANDAZZA | LEGAL GROUP

Doc ID: e2ecf71878316a22232a43dd3c13d67c5700b162

quarter-2-honor-roll-2/>. Immediately after visiting this page, I created a printout of it using the Safari browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 6**.

9. On February 21, 2024, at 6:30 p.m. eastern time, while at my home and while using the Safari browser on a MacBook Air laptop, I visited the Brewer High School honor roll page at the URL: <https://www.brewerhs.org/o/brewer-high-school/article/1441811>. Immediately after visiting this page, I created a printout of it using the Safari browser's "print to PDF" function. A true and correct copy of this printout is attached to the Motion as **Exhibit 7**.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02 / 21 / 2024        By: *Cassidy S. Flavin*
                                 Cassidy S. Flavin

RANDAZZA | LEGAL GROUP