# **Exhibit 3**

ACAD Hazing Policy

# HAZING

Maine law defines injurious hazing as "any action or situation, including harassing behavior that recklessly or intentionally endangers the mental or physical health of any school personnel or a student enrolled in a public school."

Injurious hazing activities of any type, either on or off school property, by any student, staff member, group or organization affiliated with the Brewer School Department, are inconsistent with the educational process and shall be prohibited at all times.

"Harassing behavior" includes acts of intimidation and any other conduct that recklessly or intentionally endangers the mental or physical health of a student or staff member.

"Acts of intimidation" include extortion, menacing, direct or indirect threats of violence, incidents of violence, bullying, statements or taunting of a malicious and/or derogatory nature that recklessly or intentionally endanger the mental or physical health of another person, and property damage of theft.

No administrator, faculty member, or other employee of the Brewer School Department shall encourage, permit, condone, or tolerate injurious hazing activities.  No student, including leaders of student organizations, shall plan, encourage, or engage in injurious hazing activities.

Students who violate this policy may be subject to disciplinary action which may include suspension, expulsion or other appropriate measures. Administrators, professional staff, and all other employees who violate this policy may be subject to disciplinary action up to and including dismissal.

In the case of an organization affiliated with the Brewer School Department that authorizes hazing, penalties may include rescission of permission for that organization to operate on school property or to receive any other benefit of affiliation with the Brewer School Department.

Persons not associated with the Brewer School Department who fail to abide by this policy may be subject to ejection from school property and/or other measures as may be available under the law.

These penalties shall be in addition to any civil or criminal penalties to which the violator or organization may be subject.

The Superintendent/designee shall be responsible for administering this policy.  In the event that an individual or organization disagrees with an action – or lack of action – on the part of the Superintendent/designee as he/she carries out the provisions of this policy, that individual or organization may appeal to the School Committee.  The ruling of the School Committee, with respect to the provisions of this policy, shall be final.

This right to appeal does not apply to student suspensions of 10 days of less or to matters submitted to grievance procedures under applicable collective bargaining agreements.

A copy of this policy shall be included in all school, parent, and employee handbooks or otherwise distributed to all school employees and students.


Legal Reference:	20-A MRSA § 6553

Cross Reference:	ACAA – Harassment and Sexual Harassment of Students
	ACAB – Harassment and Sexual Harassment of Employees
	JICIA – Weapons, Violence and School Safety


First Reading:  July 14, 2003
Second Reading:  August 9, 2004
Third Reading:  September 13, 2004
Voted:  September 13, 2004
Revised:  November 3, 2008
Revised: November 13, 2017