# Exhibit 6

Bangor Daily News
"Hampden Academy quarter 2 honor roll"
February 21, 2024





# Hampden Academy quarter 2 honor roll

by **BDN Community**
8 hours ago

**Grade 12, high honors:** Charlee Chute, Grace Daigle, Lillian deWildt, Tristan Downer, Cayden Fournier, Ryan Hafener, Lydia Hanish, Jordan Hardy, Nivri Harnish, Lucas LaChance, Lucien Lang, Brigette Levesque, Alexa Liberatore, Tony Llerena, Emma Lowell, Keira Maher, Ava Monyok, Ava Paradis, Laurali Parker, Ty Porter, Alyssa Rainey, Morgan Robinson, Sophia Robinson, Sophie Schall, Laurn Voteur, Kelsey Young, Skyler Zakariasen; **honors:** JoAnna Alsbrook, Brayden Antone, Harrison Bailey, Sarah Bracciodieta, Gunnar Bragg, McKenzie Brehaut, Keith Brooks, Alexander Bruce, Keaghan Burger, Olivia Chase, Tyler Coffin, Chassidy Dillingham, Nathan Edwards, Pheona El-Hajj, Nora Emerson, Madisson Frank, Peyton Fraser, Delainy Gillis, Madison Ginn, Rebecca Graham, Frankie Hansen, Noah Hawkins, Virginia Manning, Trever Marden, Felicia Marin, Ella McCrum, Zachary McLaughlin, Garrett McLeod, Hailey McPherson, Joshua Medina, Clarke Mills, Benet Moholland, Elijah Mulready, Collin Peckham, Elena Reynolds, Brigid Salib, Megan Salib, Alexis Scott, Kiersten Scott, Matthew Shayne, Chandler Smith, Paxton Stetson, Allayna Tardif, Nichole Tetreault, Embree Thomas, Drew Turgeon, Lucy Wiles, Harrison Withee, Francis Wolfington.

**Grade 11, high honors:** Maggie Allen, Kelsey Armstrong, Tessa Castrucci, Zoe Castrucci, Eva Cherry, Sophie Clough, Federico Concari, Dylan Courtney, Wyatt Devine, Gemmalisa Emerson, Abigail Gallant, Cayden Genever, Drake Grove, Charles Haskell, Emily Kneser, Calvin LaRochelle, Isaac Leamer, Maryssa LeBlanc, Joshua Lorenzo, Ella Manning, Sean Morse, Kaleb Prescott, Abigail Scott, Annelise Small, Timothy St. Pierre, Anleigh Stevens, Andy Turk, Nora Whitcomb, Audrey White, Kaysen Wildman, Zachary Wilson;

**honors:** Benjamin Allen, Elijah Anderson, Kaiden Benjamin, Lily Bergeron, Mylo Blake, Rylee Bowden, Parker Brown, Vesper Carignan, Gabriel Carter, Peyton Cates, Natalia Charles, Levi Christian, Andrew Cote, Lucas Dunn, Tyler Dunton, Maria Edwards, Liliana Faloon, Blake Fitzgerald, Stella Fox, Renee Gray, Emma Hancock, Andrew Henaghen, Aidan Hulsey, Nicholas Johnston, Leah Jones, Lucy Kearns, Connor Kielbasa, Adriana LaChance, Brady Lane, Jackson Langille, Caminea Layman, Abbigail Lint, Isabelle Livingston, Devinn Lunny, Madison Lyons, Makari Maguire, Addyson Mattson, Rachelle Melanson, Benjamin Mlynski, Caitlin Murphy, Ainslee O'Keefe, Amelie Okroi, Aryahna Pagliaroli, Lucas Pattershall, Soren Peterson, Annabella Potter, Sadie Rich, Eva Saucier, Jordan Seavey, Olivia Sharpe, Allison Shaw, Kaytlyn Simpson, Gabriella Smith, Grace Sutherland, Owen Upton, Genevieve Walther, Kason White, Addisan Worster.

**Grade 10, high honors:** Declan Arimond, Tatum Cousins, Meredith Doucette, Addison Dowling, Breann Downs, Catarina Facchini, Abigail Gregor, Alice Knapp, Hannah Littlefield, Gretchen Plant, Brooke Porter, Paige Richard, Benjamin Robinson, Isabel Saucier, Makayla Shaw, Trew Thomas, Braydon Tiensivu, Asher Valentine, Addison Whitcomb, Lorelei Wilkerson, Wyatt Wilson, Lucy Withee; **honors:** Addison Andre, Breckon Bates, Sophia Bruce, Lexie Carlsen, Maya Carver, Coleman Chase, Liliana Christiansen, Lily Curry, Connor Desjardins, Nicholas deWildt, Madelyn DiCentes, Katherine Dysart, Liam Facchini, Ariana Fairbrother, Jacob Fanjoy, Dakota Fenders, John French, Andrew Greene, Mitchell Hawkes, Madeline Hellum, Liam Henaghen, Grace-Lyn Holloway, Benjamin Hooper, Grace LeVasseur, Rogan Lord, Ainsley Melia, Lilianne Montgomery-Rice, Gavin Monyok, Nykson Moors, Anna Napolillo, Ashton O'Roak, Ian Robichaud, Alexis Sargent, Jessica Sass, Kiersten Shayne, Joshua Sirois, Hannah Spahr, Alleigh Stansauk, Aiden Surran, Lilly Tripp, Wyatt Waloewandja, Sawyer Worcester.

**Grade nine, high honors:** Madison Austin, Ava Black, Ryann Carlisle, Emilynn Christiansen, Kaitlyn Crosby, Jase Deans, Addison Elliott, Lucas Fachiol, Shelby Gray, Clyde-Joe Hodgdon, Leif Isenhour, Maia Johnson, Karlee Kroll, Kendra LeBlanc, Annabelle Levesque, Wyatt Levesque, Charlie MacDonald, Ryan McAlpine, Esmae Melanson, Evelyn Oyler, Gabriel Pennell, Zoelle Raymond, Owen Reynolds-Harvey, Phoebe Strong, Mason Thornwall, McKenna Veazie, Frederic Walsh, Abigail Whitcomb, Liam White, Sophie Winchester, Samantha Young; **honors:** Malak Abdelsalam, Lydia Adamo, Katelyn Adams, Stella Ames, Carter Austin, Charlotte Baker, Ashleigh Baker, Thomas Bozzino, Harrison Burnham, Trey Collier, Lillian Connors, Molly Cowan, Lolah Cowing, Hayden Crane, Seth Daigle, Trent Deane, Cade Downer, Maeci Doyle, Collin Duplissis, Riley Fraser, Lee Graham, Madden Harnum, Louie Knights, Caylynn Kroll, Nevaeh Larcombe, Edward LaRochelle, Nicholas Llerena, Daniella Madore, Ezekiel Manning, Grace Marquis, Adam McClure, Mikaela McKnight, Mackenzie Merrill, Isabelle Moors, Caydence Moran, Beckett Mulford-Layne, Gretchen Nash, Aidyn Neumeister, Avah Nichols, Heath Olson, Desirae Pacheco, Olivia Perry, Bodie Peterson, Addison Phelps, Lexi Rolfe, Ashton Russell, Dillan Savage, Addison Schall, Isaiah Shaw, Caleb Shaw, Dresden Sherwood, Emma Small, Emery Stevens, Charlotte Tardif, Lillian Taylor, Allison VandeBogart, Emma Ward, Valerie Woods.

© 2024 Bangor Publishing Company.