# Exhibit 7

Brewer High School
"Q2 HONOR ROLL 2024"
February 2, 2024



 MENU    SCHOOLS 

**Brewer High School**
An Innovative Learning Community

BREWER HIGH SCHOOL    //    NEWS    //    Q2 HONOR ROLL 2024



# Q2 HONOR ROLL 2024

Shauna McGinnis

FEB 02, 2024

**Honor Roll 2023-2024 2nd Quarter**

## Grade 9

**High Honors:**

Ryder Anderson, Jocelyn Armstrong, Ayden Barnard, Parker Bouchard, Lora Brody, Stella Damon, Jack Donovan, Marisa Durfee, Abbie Flagg, Connemara Geaghan, Ainsley Goodwin, Matthew Goodwin, Anne Amber Guarino, Shreyassu Handral, Layla Hanlon,Simon Harriman, Cody Hews, Lyric Hopkins-Henderson, Jack Hughes, Alex Johnson, Brayleigh Judkins, Nikolas Long, Cosmo Masterson, BabaTunde Odeleye, Kathryn Okyere, Keoni Oliveira, Chloe Oliver, Addison Pelkey, Quianna Roby, Nicholas Slowikowski, Sarah Snowdeal, Darcy Tardif, Jackson Tolman, Jordan Tolman, Landon Tripp, Makenna Vallor, Jedidiah-James Wilson, Brigham Zaehringer

**Honors:**

Kendellyn Asay, Tyler Blackwood, Nadaleigh Campbell, Jenna Chase, Virginia Clark, Wyatt Cowan, Jackson Deans, Trey Dumond, Drew Dunning, Gage Duran, James Evans, Oliver Gandarillas, Abigail Grant, Grace Hammond, Jackson Hastings, Moriah-May Hatch, Noah Hernandez, Jayda Hopler, Cole Hubbard, Jackson Jankowski, Tigre Jarquin Weatherbee, Molly Lagasse, Izybella Libby, Grace Macaulay, Connor Marycz, Oliver Nason, Kody Nyer, Peter Okotie, Paige Olmstead, Karra Pitre, Seanna Rice, Alleia Richards, Zaria Rolnick, Ryan Schultz, Jade Shorey, Mykenzie Snowman. Mytchell Snowman, Hailey Souza, Richard Stevens, Jada Tower, Nakyah Ventucci, Kevin Watson-Todd, Landon Wells, Trevor Westfield

## Grade 10

**High Honors:**

Elisabeth Audet, Isabella Bertolino, Brody Bilodeau, Damien Blackie, Kayla Bragg, Carmen Bryant, Aiden Campbell, Sarah Cashman, Cooper Charette, Aiyana Colby, Mason Congdon, Chloe Davis, Zoe Drake, Charlie Dube, Zachary Flotten, Jillian Ford, Wren Gagnon, Jenny Gallagher, Emma Giffard, Olivia Gilmore, Brooke Higgins, Parker Hopkins, Lydia Jordan, Gabriella Kahkonen, Isabelle Long, Delaney McDonough, Story Miles, Lia Minziere, Trystan Mitchell-Sheahan,Chase Morrill, Vera Nickerson, Sayde Persaud, Eve Pierson, Anthony Pinkham, Eden Price, Dalton Rice, Julia Rioux, Zabaya Sapiel, Leah Silva, Julia Spencer, Alana Stratton, Eli Wall, Alexandrea West, Breanne White. Sara Young, Amanda Yvon

**Honors:**

Alexis Badger, Jackson Black, Kaitlyn Black, Braedon Bragg, Elizabeth Busque, Amber Campbell, Gabryella Chasse, Brooklyn Chute, Melina Cox, Addison Dupras, Makayla Dyer, Liam Fickett, Gavin Fuchs, Hope Funderburk, Lucy Furrow, Brooke Gagnon, Thomas Gebo, Devin Gideon, Malcolm Gilley, Makayla Giorgi, Cayden Godfrey, Kayleb Grant, Jaida Greenleaf, Sydney Hurse, Emma Jameson, Payden Jandreau, Kamryn Kennedy, Gabriella King, Matthew Lo, Allie Martin, Joshua McGovern, Reece McKenney, Jade Merritt, Francis Michaud, Logan Miner, Brian Nunes, Adrienne Oliver, Hendrix Parent, Paige Reardon, Gage Rickman, Alex-Andrea Ridlon, Brandon Rivera, Trey

Roehrich, Nolan Seavey, Madison Shaw, Nyna Sjostrom, Gage Smith, Sophia Smith, Abigail Sprague, Michael Steller, Natalie Thompson, Matthew Tibbetts, Haley Tschudy, Owen Tucker, Gabriel Walker, Matthew Walton, Roxanne Welch, Arabella Werneth

**Grade 11**

**High Honors:**

Zachary Arnold, Wyatt Bradford, Charles Brydges, Kathleen Brydges, Kevin Carpenter, Violet Damon, Jackson Day, Addison Deveau, Kira Duffy, Lillian Eubanks, Allie Flagg, William Fortier, Caisley Foster, Corey Fournier, Owen Fullerton, Isaac Geaghan, Lilly Goodwin, Taylor Grant, Cole Harriman, Shawn Hemmingway, Joslyn King, Noah Kirkendall, Ethan Leavitt, Lauren Low, Cooper MacDonald, Aaliyah Manso, Cade McKenney, Alexis Michaud, Maci Morneau, Kyle Morton, Leo Oakes, Paige Oakes, Jacob Perry, Makenzie Ramos, Gabrielle Roberts, Preston Robison, Hannah Snowdeal, Charlotte Thompson, Gabe Tibbetts, Olivia Tinkham, Jacob Towne, Lauren Vanidestine, Hannah Wells, Andrew West, Jordin Williams

**Honors:**

Michael Arsenault, Milani Assi Antonin, Cody Bailey, Ethan Blaine, Korbin Booker, Hailey Bouchard, Olivia Bragdon, Sienna Bryant, Aidan Burgess, Caleb Colby, Jordyn Curtis, Jackson DiCentes, Ryan Edgecomb, Robert Elliott, Noah Fish, Natalie Francis, Landon Geiser, Connor Girard, Matthew Gonzales, Calvin Grass, Angel Guarino, Andrew Hastings, Brody Hubbard, Riley Hunter, Rya Kosnow, Blake Littlefield, Logan Littlefield, Molly McCall, Jayde McClure, Norah McIntosh, Bryan Meeker, Forrest Melland, Kaiden Morin, Dylan Nadeau, Bibizada Omirbaeva, Samantha Pacholski, Stephen Phillips, Isabella Pierce, Liam Poland, Marissa Pushard, Dylan Rancourt, Presley Rideout, Harmony Robbins Elizabeth Robison, Allie Salinas, Isabelle Seamans, Aidan Seeley, Julia Shurtleff, Reese Smith, Ian Stano, Micah Thibodeau, Bailey Thomas, Brooke Thomas, Aiden Unobskey, Dalton Urquhart, Noah Vallor, Olivia Veilleux, Kiara Voye, Myranda Westman, Meadow Whittaker, Steven Youngs

**Grade 12**

**High Honors:**

Cierra Armstrong, Zoey Barnard, Madelyn Bendure, Silas Benoit, Colby Bragg, Kathleen Cashman, Connor Clark, Madison Cote, Jax Dawson, Joseph Donovan, Gabrille Elliott, Ashley Featheringill, Annette Flotten, Kimberly Fuchs, Madison Girard, Olivia Goodness, Colin Grover, Kyle Horr, Silas Keefe, Alexis Kireburns, Christian MacDonald, Aiden McAlexander, Terry Nason, Andrew Oakes, Cayen Philbrick, Rhyannon Price, Madison Ross, Joshua Schneider, Jack Stuber, Ethan Thibault, Makayla Urquhart, Grady Vanidestine, Ian Yanofsky

**Honors:**

Abbigale Baker, Brooke Bennett, Benjamin Butterfield, Madison Britton, Braden Carr, Courtney Cassidy, Ethan Chambers, Gabrielle Chase, Madisyn Condon, Katrina Cote,

Camerun Davis, Rae-Lynn Giles, Kayla Herbert, Justyn Johnson, Benjamin Kirkendall, Victoria Lander, Nyomi Lane, Colby Largay, Hayley McGowan, Hunter Merrithew, Carissa Michaud, Tucker Michaud, Emilia Mosquera, Joseph Murray-Frink, Trevor Parlee, Brandon Preble, Abigail Quimby, Seth Reardon, Jayden Richards, Mariah Roberts, Elise Sawyer, Laura Stewart, Sayde Study, Dylan Thibodeau. Alyssa Thomas, Benjamin VanRyn, Shailee Verge, Jacob Vilasuso, Riley Vittum, Rivlin Williams, Christian Wood, Ava Zawadzki



## Schools

Brewer School Department

Brewer Community School

Brewer High School

Brewer Athletics

## Contact

Brewer High School

79 Parkway South

Brewer, ME 04412

Phone: 207-989-4140

Fax: 207-989-2657

## Stay Connected





Copyright © 2024 Brewer School Department. All rights reserved.

Powered By Thrillshare