UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| BREWER SCHOOL DEPARTMENT, ) | CASE NO. 1:24-cv-00053-LEW |
| GREGG PALMER, in his personal and ) | |
| official capacities, BRENT SLOWIKOWSKI, ) | |
| in his personal and official capacities, ) | |
| MICHELLE MACDONALD, in her ) | |
| personal and official capacities, ) | |
| ) | |
| Defendants ) | |

Pursuant to 28 U.S.C. § 1746, I Gregg Palmer, declare under penalty of perjury as follows:

1. I am the Superintendent of Schools of the Brewer School Department ("Brewer" or "School Department") and I make this declaration on the basis of my own personal knowledge and the books and records of Brewer that are in my custody and control. It is the regular practice of the School Department to keep such books and records and they are kept in the regular course of the business of the School Department.

2. The student who is referred to in the Complaint in this matter as HD has been a long-time student in Brewer and is currently a senior at Brewer High School.

3. I know them personally and consider them to be a thoughtful and respectful student who has been involved in activities in the school.

4. I have reviewed the student's disciplinary record at the Brewer High School and they have never had discipline imposed on them for anything other than tardiness.

5. I am aware of one instance where a female student alleged that HD touched her. This allegation was fully investigated by the school principal and was found to be without merit.

6. The statement made by HW that HD has a "documented history of sexual assault at Brewer" is false based on my knowledge of the books and records of the School Department.

7. When I met with HW and her father concerning the petition that is referenced in the complaint in this matter, she expressed discomfort in sharing a restroom with HD because she believed HD to be a biological male. She did not mention any concerns that they had assaulted anyone.

8. After Mr. McBreairty's post appeared online and was the subject of discussion at the High School, HD stopped coming to school.

9. I also heard complaints from the students and families of the other students depicted in the photograph Mr. McBreairty posted of students in the girls' bathroom at the High School. They were upset about the violation of their children's privacy rights.

10. I also heard from Michelle MacDonald, one of our teachers at the High School that she was feeling bullied by the statements Mr. McBreairty made about her child in the post.

11. As a result of the disruption and emotional distress that the post was causing to students and a staff member, we decided that we had to try to get Mr. McBreairty to take the portions of the post down that were defamatory or invaded the privacy of our students and, therefore, our counsel sent him an email, a copy of which is attached to the complaint in this matter as Exhibit 5.

12. Neither Brent Slowikowski nor Michelle MacDonald had any role in this email being sent.

13. We recognize that Mr. McBreairty is entitled to express his opinion about matters involving LGBTQ rights of our students and did not request that he remove anything from the post except the specific material outlined in counsel's letter.

14. Thereafter Mr. McBreairty removed the entire post rather than just the portions we had requested.

15. However, it soon came to our attention that he posted the email which had quoted the specific portions of the post we were requesting be removed so counsel wrote him another email requesting that he take that down. Mr. McBreairty responded to that request by email, a copy of which is attached as **Exhibit 1.**

16. After Mr. McBreairty removed the content from the internet, he appeared on a podcast that once again showed the picture of the students in the girls' bathroom at the High School and repeated defamatory statements about HD.

17. HD remained out of school through February 16, 2024, when February vacation started.

18. Over February vacation, HD's parent wrote me an email stating that when HD returned to school, they intend to use a single stall bathroom. The parent explained the decision as follows:

> This is what we feel is best for our family, for their academics and for the school.  Reading that article only strengthens the decision.  I have many strong feelings about how this group has gone about things and how they have villainized and victimized children.  They are not looking out for the greater good.  However, I can not allow my childs [sic] and my family's matters to be laid out for public debate and scrutiny.

19. As the Superintendent in Brewer, I believe that it is my responsibility to ensure that our schools are safe places for all students and staff and that I have an obligation to speak out on behalf of our students and staff in situations such as this one.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: March 1, 2024                              __/s/ Gregg Palmer_____
                                                     Gregg Palmer