EXHIBIT 1

## Melissa A. Hewey

**From:** Shawn McBreairty <shawnmcb@maine.rr.com>
**Sent:** Wednesday, February 14, 2024 4:51 PM
**To:** Melissa A. Hewey
**Subject:** Re: Brewer Follow-up - DrummondWoodsum bullies journalist Shawn McBreairty

**\*\*CAUTION\*\*** This message originated from an **external source**. DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

Ms. Hewey,

There's no need to thank me. I didn't do it as a favor.

I did it because you threatened me.

Thanking me is simply insulting.

It's as if a stick up artist put a gun in my face, told me to give them my wallet, I gave it to them, and then they wrote me a thank you note.

Please keep your pleasantries to yourself when you're bullying people.

But back to your "demand" on this Valentines Day Eve.

Or you'll do what? Bully me some more?

Aren't you happy that you got what you had no right to, by threatening me?

Your "demand" is not only ridiculous, it's greedy.

Sincerely,

Shawn McBreairty
Maine Source Of Truth
207-408-7855
shawnmcb@maine.rr.com
Sent from my MacBook Pro


On Feb 14, 2024, at 3:57 PM, Melissa A. Hewey <MHewey@dwmlaw.com> wrote:

Dear Mr. McBreairty,

1

As an initial matter, I want to thank you for complying with our request to remove the image and certain content from your post in response to the email I sent you yesterday. I understand that instead, you posted a screenshot of the email I sent you. What you may not have been aware of is that my email quoted verbatim the inappropriate content so by posting the email on X, you have effectively re-posted the inappropriate content.

Please redact the information regarding the BHS student from your second picture and the information regarding the staff member's child on the third page.

Thank you for your prompt attention to this demand.

**Melissa A. Hewey**
Attorney

D| 207.253.0528
MHewey@dwmlaw.com

84 Marginal Way, Suite 600, Portland, ME 04101-2480
800.727.1941  F| 207.772.3627  dwmlaw.com

*The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privile material. Unintended transmission shall not constitute waiver of any privilege, including, without limitation, the attorney-client privilege if applicable. Any revi retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipier prohibited. If you received this in error, please contact the sender and delete the e-mail and any attachments from any computer.*

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.