UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, )<br>)<br>        Plaintiff )<br>)<br>vs. )<br>)<br>BREWER SCHOOL DEPARTMENT, )<br>GREGG PALMER, in his personal and )<br>official capacities, BRENT SLOWIKOWSKI, )<br>in his personal and official capacities, )<br>MICHELLE MACDONALD, in her )<br>personal and official capacities, )<br>)<br>        Defendants ) | CASE NO. 1:24-cv-00053-LEW |

Pursuant to 28 U.S.C. § 1746, I, Austyn Carolin, declare under penalty of perjury as follows:

1. I am attorney in good standing at the law firm of Drummond Woodsum.

2. On February 27, 2024, I did an online search for McBreairty's post that is the subject of the above-captioned action. ECF Doc. 1-3. When I did the online search, I found that the photograph of the minor students in the girls' bathroom at Brewer High School was still published online and had been republished in different places.

3. According to his X account, McBreairty first posted the photo of the students in the school bathroom on February 9, 2024, at 1:19pm.

4. This post can still be viewed at Shawn McBreairty us on X: "Shocker, after 700 people signed the petition to keep this boy out of the @BrewerHigh girls' room, @Change took it down for the ol' "community guidelines" approach. The sexual narcissist and mental

instability of a boy playing pretend dress up is a serious risk to all females… https://t.co/DxFZrlzrtC" / X (twitter.com).

5. According to his X account, McBreairty posted the same photo of the students in the girls' bathroom at Brewer High School again on February 12, 2024 at 12:58pm.

6. This second post can still be viewed at Shawn McBreairty us on X: "Girls' Bathrooms Are Not "Safe Spaces" When Males Are Present As originally reported on Thursday, now with all the details via @YourNewsMedia Brewer, ME School Department is facilitating the risk of more alleged sexual assaults for young-women. The @BrewerHigh school… https://t.co/dICnTTSRTY" / X (twitter.com)

7. On February 16, 2024, McBreairty appeared as a guest on the Stew Peters Show which is streamed on Rumble.com and available for viewing on Home – Stew Peters.com. During the podcast, McBrearity and Stew Peters discussed executing trans, LGBTQ+ members, and allies present in schools. Again, the photo of the Brewer students in the school bathroom was displayed for viewers and can still be seen at LIVE: Tucker SLAMS Warmonger Shapiro, Pedophile Maine Teachers Host 'Gay Sexuality Clubs' For Minors (rumble.com).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: March 1, 2024                                    /s/ *Austyn L. Carolin*_____
                                                                              Austyn L. Carolin