# **Exhibit 1**

Declaration of Shawn McBreairty

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>        Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>        Defendants. | Case No. 1:24-cv-00053-LEW<br><br><br>**DECLARATION OF<br>SHAWN MCBREAIRTY** |

I, Shawn McBreairty, hereby declare:

1.      I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2.      I am the Plaintiff in the above-captioned matter.

3.      I submit this declaration in support of Plaintiff's Reply in Support of Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction (the "Reply").

4.      A true and correct copy of the email I sent to my editor on February 14, 2024, is attached hereto as **Exhibit A**.

5.      A true and correct copy of the screenshots I received from a source concerning the sexual assault allegations against H.D. are attached hereto as **Exhibit B**.

6.      On November 9, 2021, I received a demand letter from Attorney Hewey of DrummondWoodsum, attached hereto as **Exhibit C**. In that letter, Attorney Hewey demanded that I remove multiple social media posts, and threatening a lawsuit against me if I didn't comply.

Doc ID: 06ccdd16400e418e2c18582d5c2ed4fff6a907b

7.      After receiving that demand in 2021, I immediately removed the social media posts

at question, out of fear of prosecution.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: 03 / 05 / 2024                        By: _____
                                                         Shawn McBreairty

RANDAZZA | LEGAL GROUP

Doc ID: 06ccdd16400e418e2c18582d5c2ed47fff6a907b

# <u>Exhibit A</u>

Email to Editor
February 14, 2024

Doc ID: 06ccdd16400e418e2c18582d5c2ed47fff6a907b



**Marc Randazza <mjr@randazza.com>**

## Fwd: Brewer High School Article - Threatened with lawsuit - Shawn McBreairty - Maine Source Of Truth
1 message

**Shawn McBreairty** <shawnmcb@maine.rr.com>                    Wed, Feb 14, 2024 at 10:05 AM
To:



Shawn McBreairty

Sent from my iPhone

Begin forwarded message:

**From:** Sam Anthony <yournews11@gmail.com>
**Date:** February 14, 2024 at 9:50:06 AM EST
**To:** Shawn McBreairty
**Subject:** Re: Brewer High School Article - Threatened with lawsuit - Shawn McBreairty - Maine Source Of Truth


Shawn,

Per your instructions the article has been taken down.

Doc ID: 06ccdd16400e418e2c18582d5c2ed47fff6a907b

Sam Anthony

President/CEO

Nico Ventures, Inc.

561-222-2900
800-548-5006

Become a yourNEWS Journalist

https://youtu.be/RLf02jcN_Rc

How Advertising Works

https://youtu.be/sqiC4CgLrS8

What is YourNews?

Corporate Wimkin Page
https://wimkin.com/yournews

Linkedin Page
https://www.linkedin.com/in/sam-anthony-b33b1310/

On Wed, Feb 14, 2024 at 9:35 AM Shawn McBreairty ████████████ wrote:
Sam,

Please see below.

I am very concerned about additional legal threat of another lawsuit by this government entity and lawyers DrummondWoodsum.

It appears I need to take the article down.

Please put it in draft mode until we determine next steps.



Girls' Bathrooms Are Not "Safe Spaces" When Males Are Present
yournews.com

Thank you,

Shawn McBreairty
Maine Source Of Truth
████████████

Sent from my iPhone

Begin forwarded message:

**From:** "Melissa A. Hewey" <MHewey@dwmlaw.com>
**Date:** February 13, 2024 at 4:22:22 PM EST
**To:** ████████████████████
**Cc:** "Jeana M. McCormick" <JMcCormick@dwmlaw.com>
**Subject: Brewer High School**

Dear Mr. McBreairty,

I am writing on behalf of our client the Brewer School Department to demand that you remove certain content from your February 12, 2024 online post entitled "Girl's Bathrooms Are Not 'Safe Spaces' When Males are Present." If you are represented by counsel in this matter, please let me know and I will be glad to direct my correspondence to them.

Although we acknowledge that much of that post contains your opinions on matters of public concern and recognize your right to express them, there are certain portions that are not protected because they are either false or an impermissible invasion of the privacy of minors and have the effect of bullying and hazing a student and a teacher at the Brewer High School in violation of Board Policies ACAD, ACAF and JICK and Maine law. In particular:

First, there is a picture of Brewer High School students in the restroom. As we understand it, this picture was taken without their consent, presumably in violation of 17-A M.R.S. Section 511.

Second, there are the following two statements concerning a Brewer High School student that identifies the student specifically:

> Hunter Dawson, aka "Jax" is a senior at Brewer High School. He goes by the pronouns they/them on Instagram and his profile name is "dumbjaxdawson." He's been allowed by the administration to continue to enter female spaces for the last three months. Even after students' concerns were reported. He once stated he was "too emo for this school," but now he is literally playing dress up, because the school policy allows it to continue and no one has the balls to stop it.

> There have been various social media posts that "…he is alleged to have touched some female student(s)." Additional, yet unconfirmed reports state he is accused online of a "sexual assault" of a fellow student "in late 2021." There was another post stating "…in September (sic) of 2022 i (sic) was taken advantage of by (Hunter) Jax Dawson." Sources state these are "different people" making these serious claims. Is the school aware of these claims? Some say they are.

Third, there is a statement concerning the minor child of one of our teachers:

> MacDonald has a transgender child who attends a different school (Hampden Academy. She's a girl who pretends to be a boy on the male track team, usually coming in dead last).

All of the above are invasions of privacy of the students you have referred to and are causing the Brewer High School student and the Brewer High School staff member who is the parent of the other student you refer to severe distress **within the meaning of** Maine statute, 20-A M.R.S. Sections 6553 and 6554.

Please remove the referenced material by **noon on February 14, 2024** and confirm to me that you have done so or we will be forced to take further action against you.

M

**Melissa A. Hewey**

Attorney

**D|** 207.253.0528

MHewey@dwmlaw.com

84 Marginal Way, Suite 600, Portland, ME 04101-2480

800.727.1941  **F|** 207.772.3627  **dwmlaw.com**



*The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Unintended transmission shall not constitute waiver of any privilege, including, without limitation, the attorney-client privilege if applicable.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited.  If you received this in error, please contact the sender and delete the e-mail and any attachments from any computer.*

# **Exhibit B**

Screenshots Received from Source
Re: H.D. Allegations

Doc ID: 06ccdd16400e418e2c18582d5c2ed47fff6a907b



Jax Dawson sexually assaulted me in late 2021. They have admitted to me that they did it and apologized. I tried to forgive them and tell myself that they were sorry but i realized that by doing that i was really hurting myself. Since I have opened

up and spoke up about how they have hurt me they have done nothinf but belittle what they did and try and turn people against me saying that i am a bad person. whether people chose to believe me or not is the least of my concerns.

Im sharing this because of everything going on in the womens restroom at brewer. Id like to start of by saying that i do not encourage the transphobia going on in regards to the situation. I do not think that this is an excuse for people to be

blatantly transphobic toward one person or a group of people. I signed the petition to have them removed from the bathroom. I went to the office about removing them from the bathroom. Simply because it is a safe space for biological women to use

the bathroom and leave. not for jax to come in and vape and talk, laughing about knowing that they are making people severly uncomfortable. i think they are yet again pushing a serious boundary out of selfishness

7:45 ◢

i wasn't going to voice on this issue just yet but i feel obligated to now

what people are not understanding about this situation is that this person is doing it to purposely make biological women uncomfortable, he admitted that there is proof of that

Another thing is this kid is dangerous, I wasn't sure id ever speak about this but in september of 2022 i was taken advantage of by Jax Dawson, having them in such a vulnerable place such as a bathroom brings back such pain

to the people defending him, know your defending someone's rapist, someone's abuser, someone's trauma

I never thought i would be able to share this and feel safe doing it and i still don't entirely feel safe sharing  this but i belive it is so important too as it may help other victims of his feel safe doing the same

please for my privacy if this is reposted remove my name

˄

c18582d5c2ed47fff6a907b

# <u>Exhibit C</u>

Letter from Attorney Hewey
November 9, 2021

Doc ID: 06ccdd16400e418e2c18582d5c2ed47fff6a907b



**Melissa A. Hewey**
Admitted in ME, NH

207.253.0528
mhewey@dwmlaw.com

84 Marginal Way, Suite 600
Portland, Maine 04101-2480
207.772.1941  Main
207.772.3627  Fax

November 9, 2021



Shawn McBreairty

RE:    Invasion of Privacy

Dear Mr. McBreairty:

We have been asked to represent Susan Thibedeau in connection with several recent posts you published on various social media platforms, including Instagram, Facebook and Twitter, referring to her daughter and her daughter's gender identity, including one post that also included a photograph of the young woman.

My client recognizes your right to hold whatever views you please on issues relating to gender identity, Black Lives Matter and any other issue of public concern and to publicize those views in whatever peaceful manner you choose. You do not, however, have the right to publicize private matters about my client and her family, including without limitation, discussion of her child's gender identity, and suggestions that her daughter may pose a risk to other girls. To do so is to commit the tort of invasion of privacy. I am therefore writing to request that you immediately remove from your social media outlets all reference to, and images of, Ms. Thibedeau's daughter within 5 days of the date of this letter. If you do not do so, I have been authorized to bring an action for invasion of privacy against you and seek both damages and injunctive relief.

Thank you for your anticipated cooperation with this request.

Sincerely,

*/s/ Melissa A. Hewey*

Melissa A. Hewey

cc:    Susan Thibedeau

Doc ID: 06ccdd16400e418e2c18582d5c2ed47fff6a907b