# **Exhibit 3**

Declaration of Marc J. Randazza

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**DECLARATION OF<br>MARC J. RANDAZZA** |

I, Marc J. Randazza, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am Managing Partner of Randazza Legal Group, PLLC, Counsel for Plaintiff in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Reply in Support of Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction (the "Reply").

4. At approximately 2:30 p.m. on February 22, 2024, I called Attorney Hewey to discuss the filing of this case, service of process, and consent to admission of counsel for *pro hac vice* admission.

5. Attorney Hewey stated that of course she would consent, after she filed Brewer' case.

6. At that point, it became apparent that we were not talking about the same thing –

that Attorney Hewey was talking about a not-yet-filed case, and I was talking about a just-filed case.

7. I told her that we had already filed the above-captioned matter.

8. Attorney Hewey asked on what basis we filed against Defendants.

9. I told her that we filed under § 1983.

10. Attorney Hewey's response was "oh, even better!"

11. Even more to the point, and the direct, imminent, and concrete nature of the threats, this call with Attorney Hewey confirmed to me that the threat was real. It is a credible threat of civil and/or criminal prosecution.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2024.                         By: /s/ Marc J. Randazza
                                                  Marc J. Randazza