# Exhibit 1

## Supplemental Declaration of Shawn McBreairty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>        Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>        Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**DECLARATION OF**<br>**SHAWN MCBREAIRTY** |

I, Shawn McBreairty, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am the Plaintiff in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Brief Addressing Plaintiff's Article (the "Brief").

4. I did not take the photo that I used in my article.

5. I did not receive the photo from the photographer.

6. I was first given the photo from a source, who is a concerned parent of a student who got the photo off of social media.

7. I then got the same photo from a second concerned parent of a student.

- 1 -
Declaration of Shawn McBreairty

8. Prior to publishing the photo, I was informed that the photo was widely circulated through social media and among many students at Brewer High School and that many students and parents saw the photo before I published it.

9. I made the editorial decision to publish the photo because it provides the reader of my article with visual proof about a serious matter which several sources had talked to me about.

10. This issue of female student safety is a matter of public concern throughout Maine and throughout the United States.

11. I first became aware of this issue when I heard about a minor female student being raped by a trans-girl in a Virginia bathroom where her local school system adopted the same policy that Brewer, Maine has adopted.

12. I believed that parents, students, and citizens were both interested in this subject and that they had a right to be informed about this issue.

13. Other news outlets in Maine refuse to cover these issues in an unbiased manner, if they cover them at all.

14. My writing is important to inform my fellow citizens of these types of school related concerns.

15. My intent in writing this piece (and almost everything I write) is to help my fellow citizens get information about how their public, or government run institutions are working and to encourage them to take action by attending government meetings where they can petition the government for better policies.

16. Putting this photo in my article was an editorial decision I made because I believed that the photo was already circulating publicly and that it was essential to inform the public about the serious issue of female student safety and the trans-supremacy infecting local school policy.

17. I believe that this "infection" is coming from people with a vested interest who are warping the political process and drowning out the voices of regular people. In three different situations now, one of these interested parties has attempted to drown me out. This has to stop.

18. From what I have observed, the Maine press refuses to cover these issues unless they are supporting the position that the government wants them to support. That does not make them a "free press" any more than Pravda was "free press" in the Soviet Union.

19. A good example of this is how the Portland Press Herald covered H.W.'s case. Their headline reads "Brewer student sues school department over inclusionary transgender policy."

20. The Press Herald appears to have knowingly lied about what this case is about.

21. I believe that independent journalists and parental rights advocates like me are a necessary watchdog over the government.

22. I believe in a free press and the fact that a free press is necessary so that the people can be informed.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03 / 08 / 2024         By: _____
                                  Shawn McBreairty