# Exhibit 1

Declaration of Marc J. Randazza

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>　　　　Defendants. | Case No. 1:24-cv-00053-LEW<br><br><br>**DECLARATION OF<br>MARC J. RANDAZZA** |

I, Marc J. Randazza, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am employed at the law firm of Randazza Legal Group, PLLC ("RLG"), counsel for Plaintiff in the above-captioned matter.

3. I submit this declaration in support of Plaintiff's Emergency Motion for an Injunction Pending Appeal.

4. On February 23, 2024, at 10:00am ET, I attended a telephonic conference with Judge Walker and counsel of record. The subject of this conference was to set a briefing schedule on Plaintiff's Motion for a Temporary Restraining Order and for a Preliminary Injunction.

5. During that conference, the parties discussed setting a hearing on the motion. All parties and the Court had agreed that no evidentiary hearing was required at that time.

6. On March 29, 2024, I met and conferred with Melissa Hewey, counsel for Brewer

School Department, and we both agreed that there was no evidence nor testimony of any kind required to prove either of our positions with respect to the injunctive relief sought, and our only dispute in that regard was a legal one.

7. We did agree that factual development would be necessary when figuring out damages, however.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2024.                                By: /s/ Marc J. Randazza
                                                          Marc J. Randazza

RANDAZZA | LEGAL GROUP