UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:24-cv-00053-LEW<br>) |
| BREWER SCHOOL DEPARTMENT, et al. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS BREWER SCHOOL DEPARTMENT, GREGG PALMER, AND BRENT SLOWIKOWSKI**

Defendants Brewer School Department, Brewer Superintendent Gregg Palmer, and Brewer High School Principal Brent Slowikowski ("Defendants") for their answer to Plaintiff's Complaint hereby state as follows:

**THE PARTIES**

1. Defendants admit that Plaintiff Shawn McBreairty characterizes himself as an education advocate and journalist and that he resides in Hampden, Maine. Defendants deny the remaining allegations contained in Paragraph 1 of the Complaint.

2. Defendants admit that the Brewer School Department is a Maine school administrative unit located in Brewer Maine.

3. Defendants admit that Gregg Palmer is the Superintendent of Brewer School Department and at all relevant times, worked in Brewer, Maine. The remaining allegations state legal conclusions to which no responsive pleading is required.

1

4. Defendants admit that Brent Slowikowski is the Principal of Brewer High, and at all relevant times worked in Brewer, Maine. The remaining allegations state legal conclusions to which no responsive pleading is required.

5. Defendants admit that Michelle MacDonald is a teacher at Brewer High and, at all relevant times, worked in Brewer, Maine. The remaining allegations state legal conclusions to which no responsive pleading is required.

## JURISDICTION AND VENUE

6. Paragraph 6 of the Complaint states a legal conclusion to which no responsive pleading is required. To the extent Paragraph 6 includes factual allegations, they are denied.

7. Paragraph 7 of the Complaint states a legal conclusion to which no responsive pleading is required. To the extent Paragraph 7 includes factual allegations, they are denied.

8. Paragraph 8 of the Complaint states a legal conclusion to which no responsive pleading is required. To the extent Paragraph 8 includes factual allegations, they are denied.

## FACTUAL BACKGROUND

9. Defendants admit that Shawn McBreairty characterizes himself as a journalist and an educational advocate. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint and therefore deny the same.

### A. The Petition

10. Defendants deny the allegations contained in Paragraph 10 of the Complaint.

11. Defendants admit the allegations contained in Paragraph 11 of the Complaint.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint and therefore deny the same.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint and therefore deny the same.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint and therefore deny the same.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and therefore deny the same.

16. Defendants deny the allegations contained in Paragraph 16 of the Complaint.

17. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint and therefore deny the same.

18. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint and therefore deny the same.

19. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint and therefore deny the same.

20. Defendants deny the allegations contained in Paragraph 20 of the Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of the Complaint.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint and therefore deny the same.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24. Paragraph 24 of the Complaint states an argument to which no responsive pleading is required. To the extent Paragraph 24 includes factual allegations, they are denied.

25. Paragraph 25 of the Complaint states an argument to which no responsive pleading is required. To the extent Paragraph 25 includes factual allegations, they are denied.

26. Paragraph 26 of the Complaint states an argument to which no responsive pleading is required. To the extent Paragraph 26 includes factual allegations, they are denied.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint and therefore deny the same.

28. Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of the Complaint.

35. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint and therefore deny the same.

36. Defendants admit the allegations contained in Paragraph 36 of the Complaint.

37. Defendants admit the allegations contained in Paragraph 37 of the Complaint.

38. Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of the Complaint.

40. Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41. Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint and therefore deny the same.

43. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint and therefore deny the same.

44. Paragraph 44 doesn't include factual allegations and therefore does not require a responsive pleading. To the extent Paragraph 44 includes factual allegations, they are denied.

45. Defendants deny the allegations contained in Paragraph 45 of the Complaint.

### B. The Article

46. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint and therefore deny the same.

47. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint and therefore deny the same.

48. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint and therefore deny the same.

49. The article referenced in Paragraph 49 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 49 are inconsistent therewith, they are denied.

50. The article referenced in Paragraph 50 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 50 are inconsistent therewith, they are denied.

51. The article referenced in Paragraph 51 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 51 are inconsistent therewith, they are denied.

52. The article referenced in Paragraph 52 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 52 are inconsistent therewith, they are denied.

53. The article referenced in Paragraph 53 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 53 are inconsistent therewith, they are denied.

54. The article referenced in Paragraph 54 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 54 are inconsistent therewith, they are denied.

55. The article referenced in Paragraph 55 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 55 are inconsistent therewith, they are denied.

56. The article referenced in Paragraph 56 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 56 are inconsistent therewith, they are denied.

57. The article referenced in Paragraph 57 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 57 are inconsistent therewith, they are denied.

58. The article referenced in Paragraph 58 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 58 are inconsistent therewith, they are denied.

59. The article referenced in Paragraph 59 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 59 are inconsistent therewith, they are denied.

### C. Defendants' Chilling Demands

60. Defendants admit that on February 13, 2024, counsel for the Defendants, acting on their behalf, at their behest, and under their authority, wrote an email to McBreairty and that the email included the words "forced to take further action." Defendants deny the remaining allegations contained in Paragraph 60 of the Complaint.

61. Defendants admit that a true and correct copy of the email is attached as Exhibit 5. Defendants deny the remaining allegations contained in Paragraph 61 of the Complaint.

62. The email referenced in Paragraph 62 of the Complaint speaks for itself. To the extent that the allegations in Paragraph 62 are inconsistent therewith, they are denied.

63. Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64. Paragraph 64 of the Complaint states a legal conclusion to which no responsive pleading is required. To the extent Paragraph 64 includes factual allegations, they are denied.

65. Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66. Defendants deny the allegations contained in Paragraph 66 of the Complaint.

67. Defendants are without knowledge or information sufficient to form a belief as to the truth of whether McBreairty earns money by his articles being circulated or whether depublishing the article for even a day costs him financially and therefore deny the same. Defendants deny the remaining allegations contained in Paragraph 67 of the Complaint.

68. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint and therefore deny the same.

69. Defendants deny the allegations contained in Paragraph 69 of the Complaint.

70. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint and therefore deny the same.

71. Defendants admit that in place of the Article, Mr. McBreairty published a copy of the Defendants' email.

72. Defendants deny the allegations contained in Paragraph 72 of the Complaint.

73. Defendants deny the allegations contained in Paragraph 73 of the Complaint.

74. Defendants deny the allegations contained in Paragraph 74 of the Complaint.

75. Defendants admit the allegations contained in Paragraph 75 of the Complaint.

76. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint and therefore deny the same.

77. Defendants deny the allegations contained in Paragraph 77 of the Complaint.

78. Defendants deny that government-sponsored harassment and censorship would never end until the Defendants were enjoined. Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 78 of the Complaint and therefore deny the same.

## CLAIMS FOR RELIEF

### *Count I*
### Violation of the First Amendment to the United States Constitution: Retaliation
### (42 U.S.C. 1983 – First Amendment)

79. Defendants repeat and reallege their answers to the allegations contained in Paragraphs 1 through 78 of the Complaint as though set forth in full herein.

80. Defendants deny the allegations contained in Paragraph 80 of the Complaint.

7

81. Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82. Defendants deny the allegations contained in Paragraph 82 of the Complaint.

83. Defendants deny the allegations contained in Paragraph 83 of the Complaint.

84. Defendants deny the allegations contained in Paragraph 84 of the Complaint.

85. Defendants deny the allegations contained in Paragraph 85 of the Complaint.

86. Defendants deny the allegations contained in Paragraph 86 of the Complaint.

87. Defendants are without knowledge or information sufficient to form a belief as to whether Plaintiff intends to republish the Article and letter. Defendants deny the remaining allegations contained in Paragraph 87 of the Complaint.

*Count II*
**Violation of the Article I Section 4 and Section 15 of the Maine Constitution and the First Amendment**
**(5 M.R.S. § 4682 Free Speech and Right to Petition)**

88. Defendants repeat and reallege their answers to the allegations contained in Paragraphs 1 through 87 of the Complaint as though set forth in full herein.

89. Defendants deny the allegations contained in Paragraph 89 of the Complaint.

90. Defendants deny the allegations contained in Paragraph 90 of the Complaint.

91. Defendants deny the allegations contained in Paragraph 91 of the Complaint.

92. Defendants deny the allegations contained in Paragraph 92 of the Complaint.

93. Defendants deny the allegations contained in Paragraph 93 of the Complaint.

94. Defendants deny the allegations contained in Paragraph 94 of the Complaint.

95. Defendants deny the allegations contained in Paragraph 95 of the Complaint.

<u>*Count III*</u>
**Violation of the First Amendment to the United States Constitution and Violation of the Article I Section 4 of the Maine Constitution – Declaratory Relief**
**(5 M.R.S. § 4682 Free Speech and Right to Petition)**

96. Defendants repeat and reallege their answers to the allegations contained in Paragraph 1 through 95 of the Complaint as though set forth in full herein.

97. Defendants deny the allegations contained in Paragraph 97 of the Complaint.

98. Defendants admit the allegations contained in Paragraph 98 of the Complaint.

99. Defendants deny the allegations contained in Paragraph 99 of the Complaint.

100. Defendants deny the allegations contained in Paragraph 100 of the Complaint.

101. Defendants deny the allegations contained in Paragraph 101 of the Complaint.

## **AFFIRMATIVE DEFENSES**

1. The individual Defendants are entitled to qualified immunity.

2. Plaintiff lacks standing to bring some or all of his claims.

3. Plaintiff has failed to mitigate his damages.

Dated:  May 20, 2024

                            */s/ Melissa A, Hewey*_____
                            Melissa A. Hewey
                            Jeana M. McCormick
                            *Attorneys for Defendants Brewer School Department, Gregg Palmer, and Brent Slowikowski*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
mhewey@dwmlaw.com
jmccormick@dwmlaw.com