# United States Court of Appeals
## For the First Circuit

No. 24-1337

SHAWN MCBREAIRTY,

Plaintiff - Appellant,

v.

BREWER SCHOOL DEPARTMENT; GREGG PALMER, individually and in his official capacity as Brewer Superintendent; BRENT SLOWIKOWSKI, individually and in his official capacity as Brewer High School Principal; MICHELLE MACDONALD, individually and in her official capacity as Brewer High School English Teacher,

Defendants - Appellees.

**MANDATE**

Entered: June 7, 2024

In accordance with the judgment of May 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Scott D. Dolan
James B. Haddow
Melissa A. Hewey
Jeana McCormick
Robert J. Morris II
Marc John Randazza
Jay Marshall Wolman