IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, | |
| Plaintiff, | Case No. 1:24-cv-00053-LEW |
| v. | |
| BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities, | SUGGESTION OF DEATH AS TO PLAINTIFF SHAWN MCBREAIRTY |
| Defendants. | |

Undersigned counsel hereby suggests on the record that Plaintiff, Shawn McBreairty, passed away on June 3, 2024. This Suggestion of Death is made without waiving any party's right to seek substitution in place of Mr. McBreairty as a party in accordance with Fed. R. Civ. P. 25(a) at a later date, as undersigned counsel further suggests that one or more of the claims are not extinguished.

Dated: July 2, 2024.

Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Case No. 1:24-cv-00053-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris