IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**NOTICE REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

    Attorneys Robert J. Morris and Marc J. Randazza, who appeared in this action for Plaintiff Shawn McBreairty, deceased, file this Notice in response to the Court's Order (ECF No. 54) regarding Plaintiff's pending Motion seeking preliminary injunctive relief (ECF No. 4), and say:

    1.    On February 22, 2024, Plaintiff filed his *Emergency Motion for a Temporary Restraining Order and for a Preliminary Injunction or, in the Alternative, an Injunction Pending Appeal* (ECF No. 4) (Plaintiff's "Motion").

    2.    On March 28, 2024, the Court denied Plaintiff's Motion to the extent it requested a temporary restraining order, but reserved ruling on the Motion to the extent it requested a Preliminary Injunction. ECF No. 30.

    3.    To-date, the Court has not heard or decided Plaintiff's request for preliminary injunctive relief.

    4.    On July 2, 2024, Plaintiff's counsel filed a suggestion of death on the record. ECF No. 52.

RANDAZZA | LEGAL GROUP

5.       Pursuant to Fed. R. Civ. P. 25(a), the successor to a party's estate has 90 days after a suggestion of death is filed to file a motion requesting substitution in the deceased party's stead, which in this case runs until September 30, 2024 (ECF No. 53).

6.       Plaintiff's representatives remain in the process of organizing Mr. McBreairty's estate, which includes substituting the estate's proper representative into this action.

7.       As to Plaintiff's pending motion for preliminary injunctive relief, however, Plaintiff's counsel respectfully submits that the motion is not moot.

8.       Plaintiff's estate retains ownership over Mr. McBreairty's works, including the copyright to the article at issue in this case. It is the undersigned's understanding that Plaintiff's estate wishes to publish Mr. McBreairty's work (the subject of the governmental threat of action—including criminal action) posthumously, but suffers the same chilling effect of the Defendants' threats as did Plaintiff himself in that the Government made threats of legal action, including invoking a criminal statute, if it was published.  This was obviously unconstitutional at the time it happened.  *See Berge v. Sch. Comm. of Gloucester*, 107 F.4th 33 (1st Cir. 2024).

9.       "In determining whether a representative of a deceased plaintiff's estate may continue with the decedent's claim for injunctive relief courts look at whether the decedent's estate could benefit from the relief and whether the estate is likely to experience the same or similar harm as the original plaintiff in the future." *Light v. Town of Livermore*, 2022 U.S. Dist. LEXIS 158735 at *38 (D. Me. Sept. 2, 2022).  The Estate can benefit from the requested preliminary injunction and it is likely to experience the same harm as the decedent.  Accordingly, Plaintiff's estate remains under the same threat and in the same position as Plaintiff, and the requested injunctive relief remains necessary.

10. Undersigned counsel will endeavor to ensure substitution is accomplished timely, and will update the Court should any issues arise.

Dated: August 9, 2024.                                  Respectfully Submitted,

/s/ Robert J. Morris                                    Marc J. Randazza (*pro hac vice*)
Robert J. Morris, II (ME Bar No. 010402)                  *Lead Counsel*
HOUSER, LLP                                             RANDAZZA LEGAL GROUP, PLLC
400 TradeCenter, Suite 5900                             30 Western Avenue
Woburn, MA 01801                                        Gloucester, MA 01930
Tel: (339) 203-6498                                     Tel: (888) 887-1776
Email: rmorris@houser-law.com                           Email: ecf@randazza.com

Attorneys for Plaintiff,
Shawn McBreairty

Case No. 1:24-cv-00053-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris<br>Robert J. Morris