IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY,<br><br>    Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. 1:24-cv-00053-LEW<br><br>MOTION TO SUBSTITUTE PARTY |

    Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Patricia McBreairty, personal representative of the Estate of Shawn McBreairty, by and through undersigned counsel, respectfully moves for this Court to be substituted as party Plaintiff in the above-captioned proceeding in place of Shawn McBreairty, who passed away on June 3, 2024.

    WHEREFORE, this Court is respectfully requested to substitute Patricia McBreairty, as personal representative of the Estate of Shawn McBreairty, as the plaintiff in this action.

Dated: August 15, 2024.

Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Marc J. Randazza (*pro hac vice*)
   *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

*Counsel for Patricia McBreairty as personal representative of the Estate of Shawn McBreairty*

Case No. 1:24-cv-00053-LEW

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 15, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris