# **Exhibit 1**

## Declaration of Patricia McBreairty

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>        Plaintiff,<br><br>   v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>   Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**DECLARATION OF<br>PATRICIA MCBREAIRTY** |

I, Patricia McBreairty, hereby declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I have knowledge of the facts set forth herein, and if called as a witness, could and would testify thereto.

2. I am the personal representative of the Estate of Shawn McBreairty in the above-captioned matter.

3. I submit this declaration in support of the Updated Motion for a Preliminary Injunction or, in the alternative, an Injunction Pending Appeal (the "Motion").

4. I have reviewed the Verified Complaint (ECF No. 1) and Exhibits thereto in this matter and the statements in the Verified Complaint, incorporated herein by reference, are true and correct to the best of my knowledge and understanding.

5. Upon information and belief, Shawn McBreairty desired to republish the Article and intended to do so upon obtaining the requested injunction and/or prevailing in this action. As

personal representative of his estate, I continue to desire to republish the Article, but I fear reprisal from Defendants on account of Attorney Hewey's demands.

6. On February 14, 2024, Defendants acknowledged the Article was removed, but newly demanded that the threatening email be removed because of the content they chose to identify and disclose. Shawn complied with this edict, but, upon information and belief, he intended to republish the demand letter upon obtaining a preliminary and/or permanent injunction in this matter. As personal representative of his estate, I similarly intend to republish the demand letter upon obtaining a preliminary and/or permanent injunction in this matter as well, as I, too, fear reprisal from Defendants on account of Attorney Hewey's demands.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/27/24

By: *Patricia McBreairty*
Patricia McBreairty