# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>          Plaintiff,<br><br>     v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>          Defendants. | Case No. 1:24-cv-00053-LEW<br><br><br>**NOTICE OF COMPLIANCE** |

Pursuant to the Court's Order of October 25, 2024 (ECF No. 64), Plaintiff, Patricia McBreairty, as personal representative of the estate of Shawn McBreairty, hereby provides a copy of her appointment as personal representative. *See* **Exhibit 1**. A petition to probate the will was filed in Penobscot County on November 4, 2024 (case no. 2024-1022), and she is the authorized personal representative of the Estate of Shawn McBreairty.

In light of the foregoing, Mrs. McBreairty is authorized to continue to prosecute this action, including the pending motion for preliminary injunction, on behalf of the estate.

Dated: November 8, 2024.                      Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Marc J. Randazza (*pro hac vice*)
   *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

Case No. 1:24-cv-00053-LEW

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 8, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.


/s/ Robert J. Morris
Robert J. Morris