IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>    Plaintiff,<br><br>    v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**MOTION FOR CONTINUANCE OF PROCEDURAL ORDER AND RESET SCHEDULING ORDER** |

Plaintiff, Patricia McBreairty, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) & 16(b)(4), hereby moves this Court for a continuance of the Procedural Order (the "Order") and the deadlines set forth therein entered by the Court on January 10, 2025 (ECF No. 75) until thirty days after discovery is complete, and to otherwise reset the Scheduling Order. In support hereof, Plaintiff states as follows:

On June 4, 2024, the Court entered a Scheduling Order (ECF No. 49) setting a close of discovery of October 21, 2024, and for writing notice of intent to file summary judgment motion due October 28, 2024. (ECF No. 49). Unfortunately, Shawn McBreairty passed away and the Estate was not substituted until September 6, 2024. (ECF No. 58). Such precluded the parties from meeting and conferring by June 24, 2024, as set forth in the Scheduling Order, and the Court could not have effectuated its presumptive conclusion that the "terms and deadlines established in this proposed scheduling order have been agreed to." As a result, the Scheduling Order did not self-effectuate. The parties did not make initial disclosures or accomplish any of the other

deadlines in the Scheduling Order.  Simply put, not a single bit of discovery has occurred in this case.

In the meantime, as the prior Scheduling Order had not technically been reset, all parties filed their notices of intent to file summary judgment motions.  (ECF Nos. 66, 67 & 68).   Plaintiff filed such as a placeholder, but such should not be interpreted to suggest that no discovery is required.  Plaintiff may file a partial summary judgment motion limited to certain issues of law, such as whether Brewer's policies could have applied to Mr. McBreairty, but general, full-blown discovery is nonetheless required here.

Should any of the defendants actually pursue their summary judgment motions, they will be met with motions under Rule 56(d) to actually engage in discovery in the ordinary course.  It is impossible for Plaintiff to even attempt to file a responsive pre-motion memorandum when there is no established record.

Wherefore, Plaintiff, Patricia McBreairty, respectfully requests that this Court grant a continuance of the Procedural Order, resetting the deadline to submit pre-conference memoranda until thirty days from the close of discovery, upon a new scheduling order.

Dated: January 16, 2025.                        Respectfully Submitted,

/s/ Robert J. Morris                                     Marc J. Randazza (*pro hac vice*)
Robert J. Morris, II (ME Bar No. 010402)      *Lead Counsel*
HOUSER, LLP                                          RANDAZZA LEGAL GROUP, PLLC
400 TradeCenter, Suite 5900                     30 Western Avenue
Woburn, MA 01801                                   Gloucester, MA 01930
Tel: (339) 203-6498                                   Tel: (888) 887-1776
Email: rmorris@houser-law.com                Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

- 3 -

Case No. 1:24-cv-00053-LEW

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 16, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris

RANDAZZA | LEGAL GROUP

- 3 -
Motion for Continuance of Procedural Order