**EXHIBIT A**

**Jeana M. McCormick**

| | |
|---|---|
| **From:** | Richard Martel <rmartel@pmhlegal.com> |
| **Sent:** | Tuesday, June 25, 2024 3:25 PM |
| **To:** | ecf@randazza.com; Melissa A. Hewey; rmorris@houser-law.com; Jeana M. McCormick |
| **Cc:** | Tricia King; Monica Whitney; James Haddow; Scott Dolan; Richard Martel |
| **Subject:** | MacDonald Initial Disclosures |
| **Attachments:** | 25 06 25  Initial Disclosures-MacDonald-.pdf |

**\*\*CAUTION\*\*** This message originated from an external source. DO NOT reply, click links, or open attachments unless you have verified the sender and know the content is safe.

All,

Attached please find Michelle MacDonald's Initial Disclosures in this matter.

All my best,

Rickssd

**Richard E. Martel**
**Paralegal**



Two Monument Square, Suite 900
Post Office Box 17555
Portland, Maine 04112-8555
voice:   207.775.0200 x 6402
direct:   207.253.6402
fax:       207.775.2360

1

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, )<br>Plaintiff, )<br> )<br>  v. )<br> )<br>BREWER SCHOOL )<br>DEPARTMENT, et al., )<br> )<br>Defendants ) | Civil Action No. **1:24-cv-00053-LEW** |

### DEFENDANT MICHELLE MACDONALD'S RULE 26(a)(1) INITIAL DISCLOSURES

Michelle Macdonald makes these disclosures based on the information available to her at this time. Michelle Macdonald reserves the right to supplement her initial disclosures if new information that requires disclosure is discovered. Michelle Macdonald reserves all her rights regarding information protected by the attorney-client privilege or other privileges or immunity. Michelle Macdonald also reserves her rights regarding all evidentiary objections.

**A) Individuals likely to have discoverable information that Defendants may use to support their claims and defenses along with the subjects of that information.**

**RESPONSE:**

1. Michelle Macdonald
   261 Center Street
   Brewer, Maine 04412

   Defendant Michelle MacDonald possesses information regarding the occurrence and substance of any conversations alleged to have occurred between herself and C.G. (as set forth in Complaint at ¶ 29) and/or H.W.

   Defendant Michelle MacDonald generally possesses information related to her denial of allegations, to the extent such allegations were made or implied against her, in the Complaint, that she attempted to threaten, influence, or compel C.G and/or H.W. to refrain from further circulation of their petition or that she threatened them with consequences for failing to do so.

1

2. On information and belief, Michelle MacDonald asserts that the remaining parties, in this case, possess information relevant to their claims and defenses.

3. H.W.

4. C.G.

**B) Documents, Electronically Stored Information, and Tangible Things in Defendants' possession, which may be used to support Defendants' claims and defenses.**

**RESPONSE:** Michelle MacDonald identifies the following documents, electronically stored information, and/or tangible things in her possession that she may use to support her claims and defenses.

>Declaration of Michelle MacDonald
>Declaration of H.W.
>Declaration of C.B.

**C) Computation of Damages**

Not applicable.

**D) Insurance Agreement**

Michelle MacDonald will make a copy of the applicable insurance policy available for inspection and copying upon request.

Respectfully Submitted,

Dated: June 25, 2024

  /s/ James B. Haddow                .
Attorneys for Defendant Michelle McDonald
James B. Haddow, Esq.—Maine Bar No. 3340
Scott D. Dolan, Esq. – Maine Bar No. 6334
PETRUCCELLI, MARTIN & HADDOW, LLP
Two Monument Sq., Suite 900
P.O. Box 17555
Portland, Maine 04112-8555
Telephone: (207) 775-0200
jhaddow@pmhlegal.com