**EXHIBIT B**

## Jeana M. McCormick

| | |
|---|---|
| **From:** | Melissa A. Hewey <MHewey@dwmlaw.com> |
| **Sent:** | Monday, July 1, 2024 8:58 AM |
| **To:** | Marc Randazza; Robert Morris; James Haddow; Scott Dolan |
| **Cc:** | Jeana M. McCormick; Tricia King |
| **Subject:** | McBreairty v Brewer, et al |
| **Attachments:** | BSD Initial Disclosures(10828360.1).pdf |

Attached are the initial disclosures of Defendants Brewer School Department, Gregg Palmer and Brent Slowikowski.

M

**Melissa A. Hewey**
Attorney

**D|** 207.253.0528
MHewey@dwmlaw.com

84 Marginal Way, Suite 600, Portland, ME 04101-2480
800.727.1941  **F|** 207.772.3627  **dwmlaw.com**



*The information transmitted herein is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Unintended transmission shall not constitute waiver of any privilege, including, without limitation, the attorney-client privilege if applicable. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the e-mail and any attachments from any computer.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BREWER SCHOOL DEPARTMENT, et al., | )  CASE NO. 1:24-cv-00053-LEW |
| | ) |
| Defendants. | ) |

**INITIAL DISCLOSURES OF DEFENDANTS BREWER SCHOOL DEPARTMENT, SUPERINTENDENT GREGG PALMER, AND HIGH SCHOOL PRINCIPAL BRENT SLOWIKOWSKI**

Pursuant to Fed. R. Civ. P. 26(a)(1)A), Defendants Brewer School Department, Superintendent Gregg Palmer, and High School Principal Brent Slowikowski provides the following initial disclosures. Defendants reserves the right to supplement these disclosures.

1. *The name, address, and telephone number of each individual likely to have discoverable information along with the subjects of such information that the Defendants may use to support its defenses.*

| Name | Title/Position | Address and Phone Number | Subject of Discoverable Information |
|---|---|---|---|
| Gregg Palmer | Superintendent Brewer School Department | 261 Central Street Brewer, ME 04412 (207) 989-3160 | Decision to request that Plaintiff take down certain portions of the social media posts at issue including complaints received about same |
| Brent Slowikowski | Principal Brewer High School | 79 Parkway S Brewer, ME 04412 | Decision to request that Plaintiff take down certain portions of the social media posts at issue including complaints received about same |

2. *A copy of, or description by category and location, of all documents, data compilations and tangible things that are in the possession, custody, or control of Defendants may use to support its defenses.*

   Board policies – available online
   Social media posts – attached to the complaint

3. *A computation of damages*

   Not applicable.

4. *Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

   A copy of the applicable insurance policy has previously been produced.

Dated: July 1, 2024                         */s/ Melissa A. Hewey*
                                            Melissa Hewey
                                            Attorney for Defendants
                                            *Attorneys for Defendants Brewer School Department, Gregg Palmer, and Brent Slowikowski*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
mhewey@dwmlaw.com