UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BREWER SCHOOL DEPARTMENT, et )<br>al, )<br>)<br>Defendants ) | CIVIL NO. 124-cv-00053-LEW |

**DEFENDANT MICHELLE MACDONALD'S PREFILING MEMORANDUM**

NOW COMES Defendant Michelle MacDonald, and submits the following as her Motion for Summary Judgment Prefiling Memorandum.

## I.  BASIS

Michelle MacDonald intends to move for summary judgment on all counts of the Complaint on the grounds that, on the undisputed facts, there is no legal basis on which she can be deemed responsible for the communications on which the Plaintiff Estate bases all of its claims.

## II.  ISSUES

A.  Legal basis for summary judgment:

    a.  "Federal Rule of Civil Procedure 56(c) requires entry of summary judgment against a party who 'fails to make a showing sufficient to establish the existence of an element essential to that party's case.'" *Baez v. Baymark Detoxification Servs., Inc.*, 2024 U.S. App. LEXIS 31571, *7 (*quoting* **Celotex** *Corp. v. Catrett*, 477 U.S. 317, 322, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986)).

    b.    In order to succeed against a defendant on the merits of an action under 42 U.S.C. §1983, a plaintiff must establish "(1) a violation of rights protected by the Constitution or created by federal statute; (2) proximately caused by a 'person'; (3) who was acting under color of state law." *Crumpton v. Gates*, 947 F.2d 1418, 1420 (9th Cir. 1991).

B.    Undisputed Facts:

    a.    From the Verified Complaint:

- The Estate's claims are all based on two emails from Attorney Melissa Hewey to Sean McBreairty, One dated February 13, 2024 and the other dated February 14, 2024. Verified Complaint, ¶60 (ECF Doc. 1, Page ID#: 10); Verified Complaint, ¶ 74 (ECF Doc. 1, Page ID#: 11).

- In the February 13 email, Attorney Hewey wrote that she was communicating "on behalf of our client, the Brewer School Department." ECF Doc. 1-5, Page ID#: 40.

- Nowhere in either email did Attorney Hewey indicate that she was communicating on behalf of any person or entity other than the Brewer School Department. *Id.*; ECF Doc. 1-6, Page ID#: 41-42.

- Ms. McDonald is "a teacher at Brewer High . . . ." Verified Complaint, ¶ 5 (ECF Doc. 1, Page ID#: 2).

    b.    From the Declaration of Michelle MacDonald ("MM") (to be submitted with the motion)

- Within a relatively short time after Shawn McBreairty published his February 12, 2024 post regarding (among other things) a transgender student at Brewer High School and MM's own transgender child, MM became aware of the post.

- MM discussed the post with members of the Brewer School Department on or about February 13, 2024 and expressed the distress and fear she felt for herself and her child, as well as her concern for the transgender student at Brewer High School, as a result of the post, but she did not request or suggest to anyone in the administration that the School Department take any specific action in response to the post.

- MM has never at any time been represented by Attorney Melissa Hewey or any other lawyer associated in any way with the Drummond Woodsum law firm; in fact, she was recently involved in a legal dispute with the School Department in which Attorney Hewey and her firm were opposing counsel.

- As a member of the Brewer High School faculty, and not a member of the administration, MM has never believed or understood that she had the authority to engage counsel on behalf of the School Department or to direct the School Department's counsel in any way (including but not limited to counsel's communication with third parties on behalf of the School Department or counsel's commencement and prosecution of litigation), and she has never done so.

- On February 12, 13, and 14, 2024, MM had no communication with anyone from the Drummond Woodsum law firm, and she did not direct Attorney Hewey or any other lawyer from the Drummond Woodsum firm regarding any communication that occurred during that time between Attorney Hewey and Mr. McBreairty; as a matter of fact, during that time she was searching for a lawyer to represent her and advise her about what her rights and options might be for responding to Mr. McBreairty's February 12 post.

- Because MM's relationship with the School Department has been adversarial in the relatively recent past, she was pleased and grateful that their counsel included, in her February 13 communication, a request that Mr. McBreairty remove from his post content regarding her child, but Attorney Hewey was not acting as her agent or attorney when she communicated that request to Mr. McBreairty.

### III.   DAUBERT/KUMHO MOTIONS

None

### IV.   ESTIMATED MEMORANDUM LENGTH

Ms. MacDonald estimates that her memorandum will not exceed 10 pages.

### V.   ESTIMATED FACTUAL STATEMENT LENGTH

Ms. MacDonald anticipates that the length of her Factual Statement will consist of approximately fifteen numbered paragraphs and will not exceed 5 pages in length.

### VI.   ESTIMATED RECORD

Michelle MacDonald anticipates that the record submitted to support her Statement of Material Fact shall consist of the following:

   A. Verified Complaint (17 pages)

   B. Answer of Michelle MacDonald (18 pages

   C. Declaration of Michelle MacDonald (3 pages)

### VII.   TIME

Michelle MacDonald anticipates filing her Motion for Summary Judgment by February 13, 2025.

## VIII.    AGREEMENT OF THE PARTIES

On January 15, 2025 Ms. MacDonald circulated a draft of the instant memorandum to all parties requesting comments. Defendants Brewer School Department, Palmer, and Slowikowski responded, agreeing to the proposed facts set forth in Section II.B., agreeing to the proposed record documents in Section VI, and proposing the addition of the Declaration of Gregg Palmer with Exhibit 1 (ECF Doc. 16-1, 6 pages), to which Ms. MacDonald has no objection. To date, there is no response from the Estate.

Dated at Portland, Maine this 17th day of January 2025.

/s/ James B. Haddow

Attorneys for Defendant Michelle MacDonald
James B. Haddow, Esq.—Maine Bar No. 3340
Scott D. Dolan, Esq. – Maine Bar No. 6334
PETRUCCELLI, MARTIN & HADDOW, LLP
Two Monument Sq., Suite 900
P.O. Box 17555
Portland, Maine 04112-8555
Telephone: (207) 775-0200
jhaddow@pmhlegal.com
sdolan@pmhlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all counsel of record through the CM/ECF system.

*/s/ James B. Haddow*
James B. Haddow, Esq. - ME Bar No. 3340
Attorneys for Defendant Michelle McDonald
PETRUCCELLI, MARTIN & HADDOW, LLP
2 Monument Square, Suite 900
P.O. Box 17555
Portland, Maine 04112-8555
(207) 775-0200
jhaddow@pmhlegal.com