IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR CONTINUANCE OF PROCEDURAL ORDER AND RESET SCHEDULING ORDER** |

Defendant, Michelle MacDonald, separately opposed (ECF No. 79) Plaintiff's motion to reset the scheduling order (ECF No. 75). While Defendant MacDonald delves specifically into the standard for extending a deadline, she fails to show that the *Pioneer* factors weigh in her favor.

As noted in the motion and earlier reply (ECF No. 78), the primary issue facing the Estate was the substitution and the motion for preliminary injunction. However, to clarify the argument, while the Court might view the motion through the prism of extending deadlines, its really about setting them in the first instance. The order that set the discovery deadline was, for the reasons set forth in ECF No. 78, incorporated herein by reference, a legal nullity. There was, as a matter of law, no deadline to complete discovery. The only operative order setting any deadline was the one issued this month regarding the prefiling memoranda.

Deadlines should be set and the parties should be able to take discovery before moving to the summary judgment phase. In light of the foregoing, the motion should be allowed.

Dated: January 17, 2025.

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Respectfully Submitted,

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

Case No. 1:24-cv-00053-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris