IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>   Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>   Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**PLAINTIFF'S PRE-FILING MEMORANDUM** |

Plaintiff, Patricia McBreairty ("Plaintiff"), hereby submits her Motion for Summary Judgment Pre-Filing Memorandum.

**1. BASIS**

Plaintiff Patricia McBreairty intends to move for partial summary judgment as to the issues raised in Count III, Paragraphs 97-98, that, as a matter of law, Brewer School Department Policies ACAD, ACAF, and JICK did not apply to Shawn McBreairty and could not apply to his Estate. Plaintiff reserves the right to assert additional bases upon the completion of discovery.

**2. ISSUES**

 a. "Federal Rule of Civil Procedure 56(c) requires entry of summary judgment against a party who 'fails to make a showing sufficient to establish the existence of an element essential to that party's case.'" *Baez v. Baymark Detoxification Servs., Inc.*, 2024 U.S. App. LEXIS 31571, *7 (1st Cir. 2024) (*quoting Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986)).

b. The primary issue is whether Brewer School Department Policies ACAD, ACAF, and JICK could have applied to Shawn McBreairty or to his Estate.

c. On February 13, 2024, Melissa Hewey, acting for all Defendants, threatened Mr. McBreairty that his publication of an article violated Brewer School Department Policies ACAD, ACAF, and JICK. *See* ECF No. 1 at ¶¶ 60, 61, & 62 and ECF No. 1-5.

d. Policy ACAD, the "Hazing" policy restricts actions only by those who are part of the Brewer school system. *See* ECF No. 4-3.

e. Policy ACAF, the "Workplace Bullying" policy only regulates employees, students, parents, community members, and others involved in the school. *See* ECF No. 4-4.

f. Policy JICK, the "Bullying" policy regulates only students, employees, volunteers, contractors, visitors, and school-affiliated organizations. *See* ECF No. 4-5.

g. Shawn McBreairty was a journalist and advocate who lived in Hampden, Maine, and i) was not part of the Brewer school system, ii) was not a student, party, community member, or other person involved in Brewer High School, and iii) was not a student, employee, volunteer, contractor, visitor, or school-affiliated organization. ECF No. 1 at ¶¶ 1 & 61.

3. ***DAUBERT/KUMHO* MOTIONS**

None at this time. Plaintiff reserves the right to file such a motion upon the completion of discovery.

4. **ESTIMATED MEMORANDUM LENGTH**

Plaintiff estimates a memorandum of 10-15 pages. Plaintiff reserves the right to reassess this figure upon the completion of discovery.

5. **ESTIMATED FACTUAL STATEMENT LENGTH**

Plaintiff anticipates that the length of her Factual Statement will consist of approximately twenty-five numbered paragraphs and will not exceed 5 pages in length. Plaintiff reserves the right to reassess this figure upon the completion of discovery.

6. **ESTIMATED RECORD**

   a) Verified Complaint, ECF No. 1 (17 pages)

   b) Article, ECF No. 1-3 (7 pages)

   c) Email from Defendants' Counsel, ECF No. 1-5 (2 pages)

   d) Declaration of Cassidy S. Flavin, ECF No. 4-2 (4 pages)

   e) ACAD Hazing Policy, ECF No. 4-3 (3 pages)

   f) ACAF Workplace Bullying Policy, ECF No. 4-4 (4 pages)

   g) JICK Bullying Policy, ECF No. 4-5 (5 pages)

   h) Email from Shawn McBreairty, ECF No. 16-2 (2 pages)

   i) Declaration of Shawn McBreairty, ECF No. 23-1 (13 pages)

   j) Declaration of Marc J. Randazza, ECF No. 23-3 (3 pages)

   k) Declaration of Shawn McBreairty, ECF No. 25-1 (4 pages)

   l) Excerpts of Transcript of March 14, 2024 hearing, ECF No. 40-1 (total pages of 68 page document to be determined)

   m) Declaration of Patricia McBreairty, ECF No. 59-1 (3 pages)

Plaintiff reserves the right to include additional documents upon the completion of discovery.

7. **TIME**

Plaintiff has moved for deadlines to be reset so that the parties may engage in discovery, which has not occurred. (ECF No. 76). Plaintiff would anticipate filing her initial motion papers

30 days from the close of the reset discovery period. Good cause exists for such, as set forth in the said motion, incorporated herein by reference.

**8.  AGREEMENT OF THE PARTIES**

On January 17, 2025, the parties conferred in accordance with the Court's January 10, 2025, Procedural Order. Defendant Michelle MacDonald takes no position on the legal issue the Estate indicates it is planning to raise in its Motion for Summary Judgment. As already indicated in her opposition to the Estate's Motion to Continue, etc. she objects to any extension of the discovery deadline and any change in the existing deadlines in this matter. Despite being invited to, as of the time of this filing, Counsel for Defendants Brewer School Department, Gregg Palmer, and Brent Slowikowski, has not communicated directly with Counsel for the Plaintiff other than filing their own pre-filing memorandum.

Dated: January 17, 2025.   Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Marc J. Randazza (*pro hac vice*)
   *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

Case No. 1:24-cv-00053-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on January 17, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris<br>Robert J. Morris