UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:24-cv-00053-LEW |
| | ) |
| BREWER SCHOOL DEPARTMENT et al., | ) |
| | ) |
| Defendants | ) |

DEFENDANT MICHELLE MacDONALD'S
STATEMENT OF MATERIAL FACTS

1. The Estate's claims are based entirely on two emails from Attorney Melissa Hewey to Sean McBreairty, one dated February 13, 2024 and the other dated February 14, 2024. Verified Complaint (Exhibit A), ¶60 (ECF Doc. 1, Page ID#: 10); Verified Complaint, ¶ 74 (ECF Doc. 1, Page ID#: 11).

2. Attorney Hewey sent her emails to Mr. McBreairty to demand that he remove certain content included in posts he made on February 12 and February 14, 2024 on a site called "[your]NEWS." *Id.*; Verified Complaint, ¶¶ 46, 71 (ECF Doc. 1, Page ID# 7, Page ID#: 11).

3. In the February 13 email, Attorney Hewey wrote that she was communicating "on behalf of our client, the Brewer School Department." ECF Doc. 1-5, Page ID#: 40.

1

4. Nowhere in either email did Attorney Hewey indicate that she was communicating on behalf of any person or entity other than the Brewer School Department. *Id.*; ECF Doc. 1-6, Page ID#: 41-42.

5. The February 13, 2024 and February 14, 2024 email communications from Attorney Hewey to Mr. McBreairty were "from an agent of a governmental entity . . . ." Verified Complaint, ¶ 72 (ECF Doc. 1, Page ID#: 11).

6. The communications on which the Estate relies in attempting to state a claim under 42 U.S.C. §1983 were "government-sponsored." Verified Complaint, ¶ 78 (ECF Doc. 1, Page ID#: 12).

7. Ms. McDonald is "a teacher at Brewer High . . . ." Verified Complaint, ¶ 5 (ECF Doc. 1, Page ID#: 2); Declaration of Michelle MacDonald ("MacDonald Decl."), attached as Exhibit B, at ¶1.

8. Within a relatively short time after Shawn McBreairty published his February 12, 2024 post regarding (among other things) Ms. MacDonald's transgender child, she became aware of the post. MacDonald Decl. ¶3.

9. Ms. MacDonald discussed the post with Brewer High School administrators on or about February 13, 2024 and expressed the distress and fear she felt for herself and her child, as well as her concern for a transgender student at Brewer High School who was also mentioned in the post. MacDonald Decl. ¶3.

10. Ms. MacDonald did not request or suggest that the School Department take any specific action in response to the post. *Id.*

2

11. Ms. MacDonald has never at any time been represented by Attorney Melissa Hewey or any other lawyer associated in any way with the Drummond Woodsum law firm; in fact, she was recently involved in a legal dispute with the School Department in which Attorney Hewey and her firm were opposing counsel. MacDonald Decl. ¶4.

12. Ms. MacDonald has not, at any relevant time, held any position in the administration of either Brewer High School the Brewer School Department. MacDonald Decl. ¶5.

13. As a member of the Brewer High School faculty, and not a member of the administration, Ms MacDonald has never believed or understood that she had the authority to engage counsel on behalf of the School Department or to direct the School Department's counsel in any way (including but not limited to counsel's communication with third parties on behalf of the School Department or counsel's commencement and prosecution of litigation), and she has never done so. MacDonald Decl. ¶6.

14. On February 12, 13, and 14, 2024, Ms MacDonald had no communication with anyone from the Drummond Woodsum law firm, and she did not direct Attorney Hewey or any other lawyer from the Drummond Woodsum firm regarding any communication that occurred during that time between Attorney Hewey and Mr. McBreairty; as a matter of fact, during that time she was searching for a lawyer to represent her and advise her about what her rights and options might be for responding to Mr. McBreairty's February 12 post. MacDonald Decl. ¶7.

Dated at Portland, Maine this 13th day of February 2025.

>*/s/ James B. Haddow*
>Attorneys for Defendant Michelle MacDonald
>James B. Haddow, Esq. - Maine Bar No. 3340
>Scott D. Dolan, Esq. – Maine Bar No. 6334
>PETRUCCELLI, MARTIN & HADDOW, LLP
>Two Monument Sq., Suite 900/P.O. Box 17555
>Portland, Maine 04112-8555
>Telephone: (207) 775-0200
>jhaddow@pmhlegal.com
>sdolan@pmhlegal.com