**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| SHAWN McBREAIRTY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:24-cv-00053-LEW |
| | ) | |
| BREWER SCHOOL DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants | ) | |

**DECLARATION OF MICHELLE MACDONALD**

Pursuant to 28 U.S.C. § 1746, I, Michelle MacDonald, declare under penalty of perjury as follows:

1. I am an English teacher at Brewer High School, and I make this declaration on the basis of my own personal knowledge.

2. Within a relatively short time after Shawn McBreairty published his February 12, 2024 post regarding (among other things) a transgender student at Brewer High School and my own transgender child, I became aware of the post.

3. I discussed the post with members of the Brewer High School administration on or about February 13, 2024 and expressed the distress and fear I felt for myself and my child, as well as my concern for the transgender student at Brewer High School, as a result of Mr. McBreairty's February 12 post, but I did not request or suggest to anyone in the administration that the School

1

Department should take any specific action in response to the post.

4. I have never at any time been represented by Attorney Melissa Hewey or any other lawyer associated in any way with the Drummond Woodsum law firm; in fact, I was recently involved in a legal dispute with the School Department in which Attorney Hewey and her firm were opposing counsel.

5. I do not now have, nor have I ever had, any position or role in the administration of Brewer High School or the Brewer School Department.

6. As a member of the Brewer High School faculty, and not a member of the administration, I have never believed or understood that I had the authority to engage counsel on behalf of the School Department or to direct the School Department's counsel in any way (including but not limited to counsel's communication with third parties on behalf of the School Department or counsel's commencement and prosecution of litigation), and I have never done so.

7. On February 12, 13, and 14, 2024, I had no communication with anyone from the Drummond Woodsum law firm, and I did not direct Attorney Hewey or any other lawyer from the Drummond Woodsum firm regarding any communication that occurred during that time between Attorney Hewey and Mr. McBreairty; as a matter of fact, during that time I was searching for a lawyer to represent me and advise me about what my rights and options might be for responding to Mr. McBreairty's February 12 post.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: February 13, 2025          */s/ Michelle MacDonald*
                                                                  Michelle MacDonald