# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRTICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBrearty, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| BREWER SCHOOL DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

CASE NO. 1:24-cv-00053-LEW

## STATEMENT OF MATERIAL FACTS OF DEFENDANTS BREWER SCHOOL DEPARTMENT, GREGG PALMER, AND BRENT SLOWIKOWSKI IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c)(1) and District of Maine Local Rule 56(b), Defendants Brewer School Department, Gregg Palmer, and Brent Slowikowski submit the following statement of undisputed material facts in support of their motion for summary judgment.

1. On February 12, 2024, Shawn McBreairty published an article entitled "Girl's Bathrooms are Not 'Safe Spaces' When Males are Present" on the website *[your]NEWS* (the "Article"). Verified Compl. ¶¶ 46, 48 & Exhibit 3 (ECF Doc. 1).

2. After Mr. McBreairty's Article appeared online, HD stopped going to school. Declaration of Gregg Palmer ("Palmer Decl.") ¶ 8 (ECF Doc. 16-1).

3. Superintendent Palmer also heard complaints from the students and families of the other students in the photograph Mr. McBreairty posted of the minor students in the girls' bathroom at the High School, who were upset about the violation of their children's privacy rights. Palmer Decl. ¶ 9 (ECF Doc. 16-1).

4. Mr. McBreairty's statement that the student had a documented history of sexual assault at Brewer is false. Palmer Decl. ¶ 6 (ECF Doc. 16-1).

5. Michelle MacDonald, a teacher at the High School, felt bullied by the statements Mr. McBreairty made about her child in the Article. Palmer Decl. ¶ 10 (ECF Doc. 16-1).

6. Due to the disruption and emotional distress that the Article was causing students and a teacher, the Brewer School Department decided that it had to try to get Mr. McBreairty to take down the portions of the Article that were defamatory or invaded the privacy rights of students. Palmer Decl. ¶ 11 (ECF Doc. 16-1).

7. Neither Brent Slowikowski nor Michelle MacDonald had anything to do with the email being sent. Palmer Decl. ¶ 12 (ECF Doc. 16-1).

8. On February 13, 2024, counsel for the Brewer School Department sent Mr. McBreairty an email. Verified Compl. ¶¶ 60-61 & Exhibit 5 (ECF Docs. 1 & 1-5).

9. The full text of the February 13, 2024 email stated:

Dear Mr. McBreairty,

> I am writing on behalf of our client the Brewer School Department to demand that you remove certain content from your February 12, 2024 online post entitled "Girl's Bathrooms Are Not 'Safe Spaces' When Males are Present." If you are represented by counsel in this matter, please let me know and I will be glad to direct my correspondence to them.
>
> Although we acknowledge that much of that post contains your opinions on matters of public concern and recognize your right to express them, there are certain portions that are not protected because they are either false or an impermissible invasion of the privacy of minors and have the effect of bullying and hazing a student and a teacher at the Brewer High School in violation of Board Policies ACAD, ACAF and JICK and Maine law. In particular:
>
> First, there is a picture of Brewer High School students in the restroom. As we understand it, this picture was taken without their consent, presumably in violation of 17-A M.R.S. Section 511.

> Second, there are the following two statements concerning a Brewer High School student that identifies the student specifically:
>
> [HD], aka "Jax" is a senior at Brewer High School. He goes by the pronouns they/them on Instagram and his profile name is "dumbjaxdawson." He's been allowed by the administration to continue to enter female spaces for the last three months. Even after students' concerns were reported. He once stated he was "too emo for this school," but now he is literally playing dress up, because the school policy allows it to continue and no one has the balls to stop it.
>
> There have been various social media posts that "...he is alleged to have touched some female student(s)." Additional, yet unconfirmed reports state he is accused online of a "sexual assault" of a fellow student "in late 2021." There was another post stating "...in September (sic) of 2022 i (sic) was taken advantage of by [HD]." Sources state these are "different people" making these serious claims. Is the school aware of these claims? Some say they are.
>
> Third, there is a statement concerning the minor child of one of our teachers:
>
> MacDonald has a transgender child who attends a different school (Hampden Academy. She's a girl who pretends to be a boy on the male track team, usually coming in dead last).
>
> All of the above are invasions of privacy of the students you have referred to and are causing the Brewer High School student and the Brewer High School staff member who is the parent of the other student you refer to severe distress within the meaning of Maine statute, 20-A M.R.S. Sections 6553 and 6554.
>
> Please remove the referenced material by noon on February 14, 2024 and confirm to me that you have done so or we will be forced to take further action against you.
>
> M

Verified Compl. Exhibit 5 (ECF Doc. 1-5).

10. The Brewer School Department recognized that Mr. McBreairty was entitled to express his opinion about matters involving LGBTQ rights of students and, thus,

3

only requested that he remove the specific items outlined in Attorney Hewey's email. Palmer Decl. ¶ 13 (ECF Doc. 16-1).

11. Mr. McBreairty removed the entire Article from the website *[your]NEWS* and published a copy of the School Department's counsel's email dated February 13, 2024. Verified Compl. ¶¶ 66, 71 (ECF Doc. 1).

12. On February 14, 2024, counsel for the School Department sent Mr. McBreairty a second email with the subject line "Brewer Follow-up." Verified Compl. ¶¶ 74-75 & Exhibit 6 (ECF Docs. 1 & 1-6).

13. The full text of the February 14, 2024 email stated:

> Dear Mr. McBreairty,
>
> As an initial matter, I want to thank you for complying with our request to remove the image and certain content from your post in response to the email I sent you yesterday. I understand that instead, you posted a screenshot of the email I sent you. What you may not have been aware of is that my email quoted verbatim the inappropriate content so by posting the email on X, you have effectively re-posted the inappropriate content.
>
> Please redact the information regarding the BHS student from your second picture and the information regarding the staff member's child on the third page.
>
> Thank you for your prompt attention to this demand.

Verified Compl. Exhibit 6 (ECF Doc. 6).

14. As of February 27, 2024, the photograph of the minor students in the girls' bathroom at Brewer High School was still published online and had been republished in different places, including on Mr. McBreairty's X account. Declaration of Austyn Carolin ("Carolin Decl.") ¶¶ 2-6 (ECF Doc. 16-3).

15. On February 16, 2024, Mr. McBreairty appeared as a guest on the Stew Peters Show, and during his appearance, the photo of minor students in the girls' bathroom at Brewer High

4

School was displayed, and was viewable online thereafter. Carolin Decl. ¶ 7 (ECF Doc. 16-3).

16. Mr. McBreairty passed away on June 3, 2024. Suggestion of Death as to Plaintiff Shawn McBreairty, (ECF Doc. 52).

17. HD and the other students pictured in the post no longer attend the Brewer High School. Supplemental Declaration of Gregg Palmer ("Palmer Supp. Decl.") ¶ 1, attached as **Exhibit 1**.

18. Brewer has no obligation to protect former students and does not intend to try to prevent anyone from posting the content it previously objected to. Palmer Supp. Decl. ¶¶ 2-4.

Dated: February 20, 2025

*/s/ Melissa A. Hewey*
Melissa A. Hewey
Jeana M. McCormick
*Attorneys for Defendants*
*Brewer School Department, Gregg*
*Palmer, and Brent Slowikowski*

DRUMMOND WOODSUM
84 Marginal Way, Ste. 600
Portland, ME  04101
(207) 772-1941
mhewey@dwmlaw.com
jmccormick@dwmlaw.com