# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRTICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBrearty, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BREWER SCHOOL DEPARTMENT, et al., | ) ) ) | CASE NO. 1:24-cv-00053-LEW |
| Defendants. | ) ) | |

## SUPPLEMENTAL DECLARATION OF GREGG PALMER

Pursuant to 28 U.S.C. § 1746, I, Gregg Palmer, declare under penalty of perjury as follows:

1. The students referred to in the social media post that is the subject of this litigation graduated last spring and accordingly no longer attend Brewer High School.

2. Brewer School Department policies ACAD and JICK require that the School Department take action to protect its students from bullying and hazing but those policies do not pertain to former students.

3. Policy ACA requires that the School Department take action to protect employees from bullying. In the case of Mr. McBreairty's cruel and unnecessary comments about our employee's child, we felt the need to support her and request that they be taken down but we do not plan to pursue that request further.

4. Accordingly, the Brewer School Department would not attempt to prohibit anyone from posting the social media post.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed: February 20, 2025
/s/ Gregg Palmer
Gregg Palmer