UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRTICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBrearty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, et al.,<br><br>Defendants. | CASE NO. 1:24-cv-00053-LEW |

# MOTION TO WITHDRAW

Pursuant to Local Rule 83.2, undersigned counsel, Melissa A. Hewey, hereby moves to withdraw as counsel for Defendants Brewer School Department, Gregg Palmer and Brent Slowikowski. Attorneys Jeana McCormick and Kasia Park having both entered appearances on behalf of the Defendants.

WHEREFORE, the undersigned respectfully requests that this Court issue an order permitting her to withdraw as counsel in this matter.


Dated: May 7, 2025                           */s/ Melissa A. Hewey*
                                             Melissa A. Hewey


DRUMMOND WOODSUM
84 Marginal Way, Ste. 600
Portland, ME  04101
(207) 772-1941
mhewey@dwmlaw.com