## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>　　　　　　Defendants. | Case No. 1:24-cv-00053-LEW<br><br><br>**PLAINTIFF'S PRETRIAL MEMORANDUM** |

Plaintiff, Patricia McBreairty, as personal representative of the Estate of Shawn McBreairty, submits her Pretrial Memorandum pursuant to Local Rule 16.5(b) as follows:

**A.　　Factual Statement of Plaintiff's Claims**

Due to the significant preliminary injunction and summary judgment practice, Plaintiff assumes the Court's familiarity with the case. Briefly, to censor criticism, Defendants threatened legal action if Shawn McBreairty did not remove lawful content from publication. Defendants invoked criminal, civil, and administrative sanctions, including Brewer School Department Policies ACAD, ACAF, and JICK. Fearful of the government's threats, Mr. McBreairty succumbed to them and his Estate now seeks to recover for the infringement of his rights.

During the 2023-24 school year, two Brewer High School students, HW and CG, circulated a petition in school because another student, HD, who is biologically male, was using the girls' restroom. They were threatened by a teacher and staff, with the threats extending to HW's father. HW's father reported the conduct to Shawn McBreairty, a Maine journalist and activist. On

February 12, 2024, Shawn published the students' account, including inoffensive photographic evidence of HD in the girls' bathroom, the petition, and the school's response, along with commentary. The following day, Attorney Melissa Hewey, acting for Brewer and, necessarily, with the approval and consent of Palmer, threatened McBreairty with civil and criminal sanctions. Knowing Hewey was not bluffing that further action would be forthcoming, based on past experiences with her, he took down the article, replacing it with a copy of her letter. The next day, she made similar demands as to the posting of the letter itself, and Shawn had no choice but to take it down. Hewey's threats on behalf of Brewer and Palmer caused Shawn grave and severe emotional distress. On June 3, 2024, in the face of these threats, he took his own life.

The Court has already awarded and entered a declaration on Count III that Brewer was wrong to threaten Mr. McBreairty under the plainly inapplicable policies. Count I seeks relief under 42 U.S.C. § 1983 under the 1st Amendment, and Count II seeks relief under 5 M.R.S. § 4682 under the Maine Constitution, Art. I, §§ 4 & 15, and the 1st Amendment. The Court has already denied summary judgment on these counts against Brewer and Superintendent Palmer, including denying Palmer qualified immunity. Plaintiff seeks at least nominal damages, but seeks and is entitled to actual damages, including compensation for Mr. McBreairty's severe, debilitating, and fatal emotional distress, as well as punitive damages and attorneys' fees.

**B.    Plaintiff's Contentions Regarding Controverted Points of Law**

Plaintiff refers generally to the response in opposition to summary judgment (ECF No. 104), as to known controverted points of law. Plaintiff's speech was protected and Mr. McBreairty was deterred as any reasonable person in his shoes would. As the government has withdrawn its threats, the Court deemed the request for a preliminary injunction moot, and a permanent injunction is, therefore, likely moot as well. However, to the extent the government might indicate the threats remain live, Plaintiff reserves the right to pursue a permanent injunction. Plaintiff

anticipates there may be some argument from Defendants as to hearsay regarding statements of Mr. McBreairty, but he is unavailable and all such testimony would fall under F.R.E. 803 &/or 807. As to damages, Plaintiff is not precluded as the deadline for initial disclosures was after Mr. McBreairty passed and before his representative was substituted, thus there was no properly set time, nor was there any prejudices as his death is but an extension of the emotional distress identified in the Complaint.

**C.    Proposed Stipulations**

1. Gregg Palmer is the Superintendent of Brewer School Department

2. Melissa Hewey, at all relevant times, acted on behalf of, and at the direction of, Brewer School Department

3. Shawn McBreairty is deceased

4. Patricia McBreairty is the personal representative of the Estate of Shawn McBreairty.

**D.    Plaintiff's List of Witnesses**

Plaintiff intends and/or reserves the right to call the following persons as witnesses:

1. Patricia McBreairty, 443 Main Road North, Hampden, Maine 04444

2. Philip Wells, 38 Tannery Loop, Amherst, Maine 04605

3. Hannah Wells, 38 Tannery Loop, Amherst, Maine 04605

4. Connor Girard, address unknown

5. Hunter Dawson a/k/a Jax Dawson,  1098 North Main Street, Brewer, Maine 04412

6. Parent of Hunter Dawson identified at ECF No. 16-1 at ¶ 18 (likely Karen Dawson), 1098 North Main Street, Brewer, Maine 04412

7. Corporate Representative, Nico Ventures, Inc. d/b/a your[NEWS], 1631 SW Pineland Way, Palm City, Florida 34990

8. Corporate Representative, Maine Policy Institute d/b/a The Maine Wire, PO Box 7829,

Portland, Maine 04112

9. Melissa Hewey, c/o Drummond Woodsum, 84 Marginal Way, Ste. 600, Portland, Maine 04101

10. Gregg Palmer, c/o Brewer School Department, 261 Central Street, Brewer, Maine 04412

11. Brent Slowikowski, c/o Brewer High School, 79 Parkway S, Brewer, Maine 04412

12. Michelle MacDonald, c/o Brewer High School, 79 Parkway S, Brewer, Maine 04412

13. Haily Keezer, 208 Orchard Drive, Hermon, Maine 04401

Plaintiff reserves the right to call any person identified by Defendants as a witness.

**E.     Juror Questionnaires**

In addition to the standard juror qualification questionnaire, Plaintiff proposes that prospective jurors be asked the following:

a. Are you or have you ever been a member of or employed by any organization that advocates for or against transgender rights?

b. Would the fact that speech on an issue regarding transgender rights set the facts of a case in motion influence your perception of a case that is not, in fact, about transgender rights?

c. Are you and/or your spouse/life partner now or have you/they ever been employed by a governmental entity?

d. Do you believe that "hate speech" or "biased speech" should be outside the protection of the First Amendment?

**F.     Plaintiff's Exhibits**

Plaintiff intends and/or reserves the right to offer the following exhibits:

a. Verified Complaint, ECF No. 1

b.  Declaration of HW, ECF No. 1-1

c.  Declaration of Phil Wells, ECF No. 1-2

d.  Article, ECF No. 1-3

e.  Declaration of Cassidy S. Flavin, ECF No. 1-4

f.  Email from Defendants' Counsel, ECF No. 1-5

g.  Email from Defendants' Counsel, ECF No. 1-6

h.  Bangor Daily News Article, ECF No. 4-1

i.  Declaration of Cassidy S. Flavin, ECF No. 4-2

j.  ACAD Hazing Policy, ECF No. 4-3

k.  ACAF Workplace Bullying Policy, ECF No. 4-4

l.  JICK Bullying Policy, ECF No. 4-5

m.  Bangor Daily News Article, ECF No. 4-6

n.  Brewer High School Honor Roll, ECF No. 4-7

o.  Email from Shawn McBreairty, ECF No. 16-2

p.  Declaration of Shawn McBreairty, ECF No. 23-1

q.  Hermon Complaint, ECF No. 23-2

r.  Declaration of Marc J. Randazza, ECF No. 23-3

s.  Declaration of Shawn McBreairty, ECF No. 25-1

t.  Excerpts of Transcript of March 14, 2024 hearing, ECF No. 40-1

u.  Declaration of Patricia McBreairty, ECF No. 59-1

v.  Letters of Authority, ECF No. 69-1

Plaintiff reserves the right to offer any document identified by Defendants as an exhibit.

Dated: May 21, 2025.                    Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498
Email: rmorris@houser-law.com

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

RANDAZZA | LEGAL GROUP

Case No. 1:24-cv-00053-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on May 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Robert J. Morris
Robert J. Morris