UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

## August 2025 CIVIL TRIAL LIST

This list contains both Bangor and Portland civil cases that will be scheduled for trial during the month of August, 2025. Counsel are advised to review this information carefully.

### Jury Selection [1]

- Jury selection in Portland cases is scheduled for August 4th and 5th at 9:00 a.m.

- Jury selection in Bangor cases is scheduled for August 6th and 7th at 9:00 a.m.

### Final Pretrial Conferences

Final pretrial conferences have been scheduled before the Magistrate Judge or District Judge designated on the trial list. Final pretrial memoranda shall be filed one week prior to the scheduled conference.

### Juror Questionnaires

Jurors summoned for selection are required to complete a questionnaire containing questions that will not be asked during jury impanelment. These questionnaires will be available in CM/ECF seven (7) days prior to selection and counsel are to review those questionnaires prior to selection. Only those questionnaires that are not available in CM/ECF will be available for review on the day of jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will not be available for review.

### Motions for Continuance

Any motion for a continuation of trial and motions for protection from trial shall be filed two weeks before the scheduled final pretrial conference. Motions filed thereafter will be considered by the Court only on a basis of cause for continuation.

### Discovery Deadlines

Absent some excusable circumstance, discovery initiatives must be initiated sufficiently in advance of the discovery deadline to permit the opposing party to file, in advance of the discovery deadline, its appropriate response within the period allowed by the civil rules for such purpose.

> A Summary of First Circuit Authority Concerning Opening Statements and Closing Arguments and the most recent Maine Local Rules can be found on the District Court's Internet Home Page at `District of Maine | United States District Court (uscourts.gov)`.

---

[1] The Court will ordinarily plan to select 3 juries per day, with the second day held in reserve. Counsel should be prepared to select a jury on the first day, regardless of position on the trial list. The Court will notify counsel as soon as practicable if the second day is not needed.

Federal Rule of Criminal Procedure 50 requires that scheduling preference be given to criminal proceedings, raising the possibility that a civil case will be initially scheduled for the second day of impanelment.

**PORTLAND**

| | | |
|---|---|---|
| JOEL DOUGLAS, et al<br>Civil No. 2:20-cv-00227-LEW<br>(Jury) | v. | SCOTT LALUMIERE, et al |
| Robert C. Andrews, Esq. | | Scott Lalumiere, Pro Se |
| Final Pretrial Conference scheduled for June 26, 2025 at 10:00am via telephone before U.S. Magistrate Judge John C. Nivison. | | |
| WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1<br>Civil No. 2:21-cv-00278-NT<br>(Jury) | v. | HENRY W HOWE, IV, et al |
| Reneau J. Longoria, Esq. | | John Z. Steed, Esq.<br>Phillip R. Robinson, Esq. |
| Final Pretrial Conference scheduled for July 1, 2025 at 11:00am via Zoom before U.S. Magistrate Judge Karen Frink Wolf. | | |
| JENNIFER MARCHESE<br>Civil No. 2:22-cv-00425-LEW<br>(Jury) | v. | TRIGRAM EDUCATION PARTNERS LLC, et al |
| Thomas L. Douglas, Esq. | | Jonathan F. Tabasky, Esq.<br>Joseph Scott Bussiere, Esq. |
| Final Pretrial Conference scheduled for July 1, 2025 at 1:00pm via Zoom before U.S. Magistrate Judge Karen Frink Wolf. | | |
| KERRY ROSS<br>Civil No. 2:24-cv-00057-LEW<br>(Jury) | v. | MORGAN POLKY |
| Kristine C. Hanly, Esq. | | Joshua A. Tardy, Esq.<br>Jonathan P. Hunter, Esq. |
| Final Pretrial Conference scheduled for July 2, 2025 at 11:00am via Zoom before U.S. Magistrate Judge Karen Frink Wolf. | | |

| | | |
|---|---|---|
| US BANK TRUST NA<br>Civil No. 2:24-cv-00203-LEW<br>(Bench) | v. | FRANCES L PLOURDE, et al |
| Reneau J. Longoria, Esq. | | Frances L. Plourde, Pro Se |

Final Pretrial Conference scheduled for July 2, 2025 at 1:00pm via Zoom before U.S. Magistrate Judge Karen Frink Wolf.

| | | |
|---|---|---|
| WEB DESIGN AND CONSULTING SERVICES INC, et al<br>Civil No. 2:24-cv-00249-KFW<br>(Jury) | v. | MICHAEL ARAGON |
| Jeffrey Bennett, Esq. | | Jason J. Theobald, Esq.<br>Emily Crowley, Esq.<br>Henry B. Barkley, Esq. |

Final Pretrial Conference scheduled for July 3, 2025 at 11:00am via Zoom before U.S. Magistrate Judge Karen Frink Wolf.

**BANGOR**

| | | |
|---|---|---|
| PATRICIA MCBREAIRTY <br> <u>Civil No. 1:24-cv-00053-LEW</u> <br> (Jury) | v. | BREWER SCHOOL DEPARTMENT, et al. |
| Jay M. Wolman, Esq. <br> Robert Joseph Morris, II., Esq. | | Jeana M. McCormick, Esq. <br> Kasia S. Park, Esq. |
| Telephonic Final Pretrial Conference scheduled for June 26, 2025 at 11:00am by telephone before U.S. Magistrate Judge John C. Nivison. | | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE
# ELECTRONIC EVIDENCE PRESENTATION

The U.S. District Court for the District of Maine offers audio/visual equipment for use during hearings and trials.  While each courtroom accommodates a different configuration of audio/visual equipment, they each have an Evidence Presentation System (EPS).  Counsel must reserve the equipment well in advance of trial.

The EPS consists of a document camera (for displaying paper evidence to the court), a Blu-Ray/DVD player and digital displays which allows the judge, attorneys, witnesses, and jury to view the evidence simultaneously.

The EPS also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software.  Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation.  The Court will not troubleshoot compatibility problems for attorneys using the EPS. Our system uses an HDMI or VGA connection for displaying evidence. If your laptop doesn't have either of these connections, you will need to provide an adapter to connect to the EPS.

Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate the equipment.

Attorneys who plan to use their own electronic equipment (such as laptops) at a hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with a courtroom's system.

Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to a hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

For Reservations Contact:

U.S. District Court I.T. Department

AV@med.uscourts.gov