IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>Defendants. | Case No. 1:24-cv-00053<br><br>**MOTION FOR PROTECTION FROM TRIAL AND JURY SELECTION DATES** |

This case is on the October 2025 Civil Trial List with jury selection scheduled to begin on October 1 & 2. Counsel for Plaintiff Patricia McBreairty, as personal representative of the Estate of Shawn McBreairty, moves for protection from trial and jury selection on October 1, 2, 6, 7, 8, 14 & 15. The reason for this is that co-counsel, Attorney Jay Wolman, is religiously observant and the holidays of Yom Kippur, Sukkot (first two days), Shemini Atzeret, and Simchat Torah, which occur on October 2, 7, 8, 14 & 15, are days when work is not permitted; October 1 & 6 are evenings when the first two begin and Attorney Wolman would not be able to be in Maine those days. Counsel for Plaintiff are otherwise ready and available for trial in October.

Plaintiff respectfully requests protection from trial and jury selection as requested herein.

Dated: June 20, 2025.　　　　　　　　　Respectfully Submitted,

/s/ Robert J. Morris　　　　　　　　　　Marc J. Randazza (*pro hac vice*)
Robert J. Morris, II (ME Bar No. 010402)　*Lead Counsel*
HOUSER, LLP　　　　　　　　　　　　RANDAZZA LEGAL GROUP, PLLC
400 TradeCenter, Suite 5900　　　　　　30 Western Avenue
Woburn, MA 01801　　　　　　　　　　Gloucester, MA 01930
Tel: (339) 203-6498　　　　　　　　　　Tel: (888) 887-1776
Email: rmorris@houser-law.com　　　　　Email: ecf@randazza.com

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　Case No. 1:24-cv-00053

## CERTIFICATE OF SERVICE

I hereby certify that, on June 20, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

　　　　　　　　　　　　　　　　　　　/s/ Robert J. Morris
　　　　　　　　　　　　　　　　　　　　Robert J. Morris