# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>    Plaintiff,<br><br>    v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>    Defendants. | Case No. 1:24-cv-00053<br><br>**ATTORNEY ROBERT J. MORRIS'S MOTION TO WITHDRAW** |

Pursuant to Local Rule 83.2(c), undersigned counsel, Robert J. Morris, respectfully requests leave of Court to withdraw his appearance on behalf of Plaintiff in this matter. Undersigned counsel will be starting a position with the U.S. Department of Justice on August 25, 2025, and he will not be able to continue representing private clients. Attorney Stephen Smith, who is admitted to the bar of this Court, has entered his appearance for Plaintiff and will assume responsibility as local counsel for the attorneys for Plaintiff admitted *pro hac vice* in this matter.

WHEREFORE the undersigned respectfully requests that this Court issue an order granting him leave to withdraw as counsel in this matter.

Dated: August 7, 2025.                    Respectfully Submitted,

/s/ Robert J. Morris
Robert J. Morris, II (ME Bar No. 010402)
HOUSER, LLP
400 TradeCenter, Suite 5900
Woburn, MA 01801
Tel: (339) 203-6498

Email: rmorris@houser-law.com

Case No. 1:24-cv-00053

## CERTIFICATE OF SERVICE

I hereby certify that, on August 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ Robert J. Morris
    Robert J. Morris