UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| SHAWN MCBREAIRTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BREWER SCHOOL DEPARTMENT, )<br>et al., )<br>)<br>Defendants. ) | CASE NO. 1:24-cv-00053-LEW |

**INITIAL DISCLOSURES OF DEFENDANTS BREWER SCHOOL DEPARTMENT, SUPERINTENDENT GREGG PALMER, AND HIGH SCHOOL PRINCIPAL BRENT SLOWIKOWSKI**

Pursuant to Fed. R. Civ. P. 26(a)(1)A), Defendants Brewer School Department, Superintendent Gregg Palmer, and High School Principal Brent Slowikowski provides the following initial disclosures. Defendants reserves the right to supplement these disclosures.

1. *The name, address, and telephone number of each individual likely to have discoverable information along with the subjects of such information that the Defendants may use to support its defenses.*

| Name | Title/Position | Address and Phone Number | Subject of Discoverable Information |
|---|---|---|---|
| Gregg Palmer | Superintendent Brewer School Department | 261 Central Street Brewer, ME 04412 (207) 989-3160 | Decision to request that Plaintiff take down certain portions of the social media posts at issue including complaints received about same |
| Brent Slowikowski | Principal Brewer High School | 79 Parkway S Brewer, ME 04412 | Decision to request that Plaintiff take down certain portions of the social media posts at issue including complaints received about same |

2. *A copy of, or description by category and location, of all documents, data compilations and tangible things that are in the possession, custody, or control of Defendants may use to support its defenses.*

   Board policies – available online
   Social media posts – attached to the complaint

3. *A computation of damages*

   Not applicable.

4. *Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.*

   A copy of the applicable insurance policy has previously been produced.

Dated: July 1, 2024                  /s/ Melissa A. Hewey
                                     Melissa Hewey
                                     Attorney for Defendants
                                     *Attorneys for Defendants Brewer School Department, Gregg Palmer, and Brent Slowikowski*

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
mhewey@dwmlaw.com