# UNITED STATE DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA McBREAIRTY, as Personal Representative of the Estate of Shawn McBreairty | )<br>)<br>) |
| Plaintiff | )<br>)<br>) |
| v. | )    1:24-cv-53-LEW<br>)<br>) |
| BREWER SCHOOL DEPARTMENT, et al | )<br>)<br>) |
| Defendants. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding over the proceedings in this matter.

**SO ORDERED.**

**Dated this 8th day of October, 2025.**

                                               /s/ Lance E. Walker
                                          **CHIEF U.S. DISTRICT JUDGE**