UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRTICIA MCBREAIRTY, as Personal Representative of the Estate of Shawn McBrearty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 1:24-cv-00053-JAW |

## **DEFENDANTS' MOTION FOR PROTECTION FROM TRIAL**

This case is on the December 2025 trial list with jury selection scheduled for December 3 and 4 (ECF No. 153). Defendants Brewer School Department and Gregg Palmer move for protection from trial for the following dates for the reasons indicated:

1. **December 3**. Attorney Brogan has jury section in Androscoggin County Superior Court in the matter of *Jones v. Estate of Brackett*, Docket # AUBSC-CV-24-88. However, in the event he is scheduled for jury selection in both cases, he will seek to be excused from selection in one of the matters.

2. **December 4-5, 9-10, 17-19**. Attorney Brogan is on the trial list in Androscoggin County Superior Court in the matter of *Jones v. Estate of Brackett*, Docket # ANDSC-CV-2024-88.

3. **December 4-19**. Attorney Park is on the trial list in Androscoggin County Superior Court in the matter of *Gammon v. Town of Jay*, Docket No. ANDSC-CIV-2023-137 (bench trial). Attorney Park does not have a date certain for the trial in state court. However, to

the extent this federal case is scheduled for trial in December with dates certain, Attorney Park will move for protection in her state court case.

4. **December 8**. Attorney Brogan has a judicial settlement conference scheduled in the York County Superior Court in the matter of *Stahno v. Janes*, Docket # CV-2023-53.

5. **December 11-16**. Attorney Brogan has a long-standing vacation out of state.

6. **December 17**. Attorney Brogan has ADR scheduled in the matter of *Stapel v. Waterville.*

7. **December 24-31.** Gregg Palmer will be away for winter break. Attorney Park has no childcare during this period of time since it is school winter break.

WHEREFORE, Defendants seek protection from trial as requested herein.

Dated: October 14, 2025            /s/ *Kasia S. Park*
                                   Jeana M. McCormick
                                   Kasia S. Park
                                   *Attorneys for Defendants*
                                   *Brewer School Department, Gregg*
                                   *Palmer, and Brent Slowikowski*

DRUMMOND WOODSUM
84 Marginal Way, Ste. 600
Portland, ME  04101
(207) 772-1941
jmccormick@dwmlaw.com
kpark@dwmlaw.com

                                   /s/ *Jonathan W. Brogan*
                                   Jonathan W. Brogan, Esq.
                                   /s/ *Russell B. Pierce, Jr., Esq.*
                                   Russell B. Pierce, Jr., Esq.

                                   *Attorneys for Defendants Brewer School*
                                   *Department, Gregg Palmer and*
                                   *Brent Slowikowski*

NORMAN, HANSON & DETROY, LLC
Two Canal Plaza
220 Middle Street
Portland, ME  04112-4600

(207) 774-7000
jbrogan@nhdlaw.com
rpierce@nhdlaw.com