IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>Defendants. | Case No. 1:24-cv-00053-JAW<br><br>**MOTION FOR PROTECTION FROM TRIAL AND JURY SELECTION DATES** |

This case is on the January 2026 Civil Trial List with jury selection scheduled to begin on January 7, 2026. Counsel for Plaintiff moves for protection from trial and jury selection on the dates of January 1-5, 2026, January 8, 2026, January 12-15, 2026, and January 28, 2026. The reason for this unavailability is as follows:

1. Stephen C. Smith has previously scheduled hearings in other matters on January 13, January 15, and January 28, 2026. As such, Attorney Smith would not be able to attend trial on those days;

2. Marc J. Randazza is not going to be in the United States from January 1-4, returning late in the evening on January 4, and thus will not be available on January 5. He also has a previously scheduled case management conference in a case in New Jersey on January 12, 2026. However, he could attend that telephonically. Accordingly, he only requires an accommodation of a few hours that day. He has a previously scheduled medical appointment on January 14, 2026, in Massachusetts. As such, Attorney Randazza would not be able to be in Maine on those days;

and

3. Jay M. Wolman has a previously scheduled trial assignment conference on January 8, 2026, in Massachusetts, and a previously scheduled status conference in New York on January 13, 2026. As such, Attorney Wolman would not be able to be present in Maine on those dates.

4. Counsel for Plaintiff are otherwise ready and available for trial in January.

Plaintiff respectfully requests protection from trial and jury selection as requested herein.

Dated: November 25, 2025.  Respectfully Submitted,

/s/ Stephen C. Smith
Stephen C. Smith, Bar No. 8270
Steve Smith Trial Lawyers
191 Water Street
Augusta, ME 04330
info@mainetriallaw.com
Tel: (207) 622-3711
Fax: (207) 707-1036

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

Case No. 1:24-cv-00053-JAW

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 25, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen C. Smith
Stephen C. Smith

RANDAZZA | LEGAL GROUP