IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>　　　　Defendants. | Case No. 1:24-cv-00053-JAW<br><br>**MOTION FOR PROTECTION FROM TRIAL AND JURY SELECTION DATES** |

　　　　This case is on the February 2026 Civil Trial List with jury selection scheduled to begin on February 4, 2026. Counsel for Plaintiff moves for protection from trial and jury selection on the dates of February 9-24, 2026. The reason for this unavailability is as follows:

　　　　1.　　Stephen C. Smith is unavailable on February 9, 11, 12, 13, and 20, due to hearings previously scheduled in other matters which he is required to attend. As such, Attorney Smith would not be able to be present on these days;

　　　　2.　　Marc J. Randazza is not going to be in the United States from February 13 – February 22, 2026. As such, Attorney Randazza would not be able to be in Maine on those days. He also has a previously scheduled remote hearing at 3:00pm on February 11, 2026. Accordingly, he only requires an accommodation of a few hours that day; and

　　　　3.　　Jay M. Wolman is unavailable on February 9, 10, 16, 17, 23, and 24, 2026, due to childcare issues that require him to be in Connecticut. As such, Attorney Wolman would not be able to be present in Maine on those dates.

4. Counsel for Plaintiff are otherwise ready and available for trial in February.

Plaintiff respectfully requests protection from trial and jury selection as requested herein.

Dated: December 18, 2025.                                  Respectfully Submitted,

/s/ Stephen C. Smith                                             Marc J. Randazza (*pro hac vice*)
Stephen C. Smith, Bar No. 8270                              *Lead Counsel*
Steve Smith Trial Lawyers                                    Jay M. Wolman (*pro hac vice*)
191 Water Street                                             RANDAZZA LEGAL GROUP, PLLC
Augusta, ME 04330                                            30 Western Avenue
info@mainetriallaw.com                                       Gloucester, MA 01930
Tel: (207) 622-3711                                          Tel: (888) 887-1776
Fax: (207) 707-1036                                          Email: ecf@randazza.com

                                                             Attorneys for Plaintiff,
                                                             Patricia McBreairty

RANDAZZA | LEGAL GROUP

Case No. 1:24-cv-00053-JAW

## CERTIFICATE OF SERVICE

I hereby certify that, on December 18, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen C. Smith
Stephen C. Smith

RANDAZZA | LEGAL GROUP