IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>Defendants. | Case No. 1:24-cv-00053-LEW<br><br>**PLAINTIFF'S SECOND SUPPLEMENTAL PRETRIAL MEMORANDUM** |

Plaintiff, Patricia McBreairty, as personal representative of the Estate of Shawn McBreairty, submits her Supplemental Pretrial Memorandum, supplementing her Pretrial Memorandum of May 21, 2025 (ECF No. 128) and Supplemental Memorandum of December 3, 2025(ECF No. 183), incorporated herein by reference, pursuant to Local Rule 16.5(b) as follows:

**A.    Factual Statement of Plaintiff's Claims**

Plaintiff incorporates by reference her prior factual statement.

**B.    Plaintiff's Contentions Regarding Controverted Points of Law**

Plaintiff incorporates by reference her prior contentions regarding controverted points of law, albeit recognizing the Court's orders regarding the same, to avoid any question of waiver. Plaintiff reserves the right to move *in limine* to exclude any suggestion of an advice of counsel defense, to exclude the contents of the article, to exclude the statements of certain staff, students, and parents, and to otherwise seek conforming jury instructions and voir dire. Plaintiff reserves the right to seek targeted jury instructions and submit a special verdict form.

**C.   Proposed Stipulations**

Plaintiff incorporates by reference her prior proposed stipulations.

**D.   Plaintiff's List of Witnesses**

Plaintiff incorporates by reference her prior list of witnesses, albeit recognizing the Court's order regarding the same, to avoid any question of waiver.

**E.   Juror Questionnaires**

Plaintiff incorporates by reference her prior proposed questions. Plaintiff further proposes that prospective jurors be examined as to their views on transgenderism and transgender rights.

**F.   Plaintiff's Exhibits**

Plaintiff incorporates by reference her prior list of exhibits.

Dated: December 30, 2025.                    Respectfully Submitted,

/s/ Stephen C. Smith
Stephen C. Smith, Bar No. 8270
Steve Smith Trial Lawyers
191 Water Street
Augusta, ME 04330
info@mainetriallaw.com
Tel: (207) 622-3711
Fax: (207) 707-103

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

- 2 -
Plaintiff's Second Supplemental Pretrial Memorandum

Case No. 1:24-cv-00053-LEW

## CERTIFICATE OF SERVICE

I hereby certify that, on December 30, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen C. Smith
Stephen C. Smith

RANDAZZA | LEGAL GROUP