UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICIA MCBREAIRTY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:24-cv-00053-LEW |
| | ) | |
| BREWER SCHOOL DEPARTMENT, et al., | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |

**PROCEDURAL ORDER**

In anticipation of jury selection for the March 2026 trial term, the parties shall file proposed jury voir dire questions on or before February 20, 2026. The Court will conduct a telephonic conference on February 25, 2026, at 10:00 a.m. to discuss jury selection.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 22nd day of January, 2026.