UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, in her capacity as Personal Representative of the Estate of Shawn McBreairty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT and GREGG PALMER,<br><br>Defendants. | No. 1:24-cv-00053-JAW |

**DEFENDANTS' PROPOSED JURY VOIR DIRE**

Superintendent Gregg Palmer and the Brewer School Department submit the following proposed voir dire questions to supplement the standard questions the Court poses to the jury pool:

1. Do you have strong feelings for or against adults or children who identify as transgender?

2. Do you have strong feelings for or against issues about gender identity or expression?

3. Do you have strong feelings for or against laws or policies intended to prevent discrimination on the basis of gender identity or expression?

4. Have you ever publicly disputed or objected to the actions of a school board or other municipal governing body?

5. Do you believe that our state and our public schools are failing to properly educate our children?

6. Do you believe that schools have been made unsafe by allowing non-binary or gender transitioning students access to bathrooms which they are legally entitled to use?

7. Do you believe that schools have become too "woke" and must be reformed?

The defendants request that questions 5-7 be posed to prospective jurors through a special written questionnaire in lieu of in open court so as to avoid the risk of tainting the jury pool.

Dated: February 20, 2026

Norman, Hanson & DeTroy, LLC  
220 Middle Street, P.O. Box 4600  
Portland, ME 04112-4600  
(207) 774-7000

Drummond Woodsum  
84 Marginal Way, Suite 600  
Portland, ME 04101  
(207) 772-1941

*/s/ Russell B. Pierce, Jr., Esq.*  
Russell B. Pierce, Jr. – Bar No. 7322  
rpierce@nhdlaw.com  
Jonathan W. Brogan – Bar No. 3163  
jbrogan@nhdlaw.com  
Cecilia J. Shields-Auble – Bar No. 010696  
cshields-auble@nhdlaw.com

Kasia S. Park, Esq.  
kpark@dwmlaw.com

*Attorneys for Defendants Gregg Palmer and Brewer School Department*

### CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will also notify counsel of record of the filing.

Dated: February 20, 2026

*/s/ Russell B. Pierce, Jr., Esq.*  
Russell B. Pierce, Jr. – Bar No. 7322