# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,<br><br>Plaintiff,<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,<br><br>Defendants. | Case No. 1:24-cv-00053-JAW<br><br>**PLAINTIFF'S SUPPLEMENTAL PROPOSED JURY VOIR DIRE QUESTIONS** |

In accordance with the Court's Order of January 22, 2026 (ECF No. 209) and Fed. R. Civ. P. 47(a), and the directions at the hearing of February 25, 2025, Plaintiff Patricia McBreairty respectfully submits the following supplemental proposed jury voir dire questions, in addition to the Court's standard voir dire:[1]

1. Do you have any firmly held beliefs as it relates to transgenderism and/or transgender rights? [Revision of prior proposed Question 1].

2. Do you have any firmly held beliefs toward criticism of transgenderism and/or transgender rights? [Revision of prior proposed Question 2].

3. Are you or have you ever been a member of or employed by any organization that advocates for or against transgender rights? [Restated prior proposed Question 3 for ease of reference].

4. Have you ever advocated for or against laws or policies regarding transgender rights? [Modified version of Defendants' Question 3].

---

[1] Plaintiff does not object to Question 1 or 2 of Defendants' Proposed Jury Voir Dire (ECF No. 219).

5. Would your views on transgender rights affect your ability to decide a case regarding speech about transgender rights? [Revision of prior proposed Question 4].

6. Would your views on "hate speech" or "biased speech" affect your ability to decide a case about freedom of speech? [Revision of prior proposed Question 5].

7. Would your views on speech that someone claims makes others feel "unsafe" or "distressed" affect your ability to decide a case about freedom of speech? [Revision of prior proposed Question 6].

8. Are you and/or your spouse/life partner now or have you/they ever been employed by a governmental entity, which includes a public school system? [Revision of prior proposed Question 7].

9. Are you and/or your spouse/life partner now or have you/they ever been members of or employed by an organization that advocates for government officials or employees, such as a teacher's union? [New, supplemental question].

10. Would your views about public school officials affect your ability to decide a case about freedom of speech? [Revision of prior proposed Question 9].

11. Would your views about public schools affect your ability to decide a case regarding the actions of a public school system and its officials? [Modified version of Defendants' Questions 4-7].

12. Would the fact that a person took action with the assistance of an attorney affect your ability to make decisions regarding that person's actions? [Revision of prior proposed Question 9].

13. Would the fact that speech by independent journalists or "citizen journalists" is the subject matter of the case affect your ability to decide a case about freedom of speech? [Revision of prior proposed Question 10].

14. Is there any reason you would not be able to decide a case based on the facts before you, irrespective of any desire to know more about what occurred beyond the testimony and exhibits presented to you? [Revision of prior proposed Question 11].

Dated: February 27, 2026.　　　　　　　　　　Respectfully Submitted,

/s/ Stephen C. Smith　　　　　　　　　　　　Marc J. Randazza (*pro hac vice*)
Stephen C. Smith, Bar No. 8270　　　　　　　　  *Lead Counsel*
Steve Smith Trial Lawyers　　　　　　　　　　Jay M. Wolman (*pro hac vice*)
191 Water Street　　　　　　　　　　　　　　RANDAZZA LEGAL GROUP, PLLC
Augusta, ME 04330　　　　　　　　　　　　　30 Western Avenue
info@americantrialgroup.com　　　　　　　　　Gloucester, MA 01930
Tel:  (207) 622-3711　　　　　　　　　　　　Tel: (888) 887-1776
Fax:  (207) 707-1036　　　　　　　　　　　　Email: ecf@randazza.com

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　Patricia McBreairty

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen C. Smith
Stephen C. Smith