UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, in her capacity as Personal Representative of the Estate of Shawn McBreairty, <br><br> Plaintiff, <br><br> v. <br><br> BREWER SCHOOL DEPARTMENT and GREGG PALMER, <br><br> Defendants. | No. 1:24-cv-00053-JAW |

**DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Superintendent Gregg Palmer and the Brewer School Department respectfully request leave to file a trial brief that exceeds the twenty (20) page limit set by this Court, *see* ECF No. 212, by three (3) pages. This enlargement is necessary to properly brief the specific additional issues this Court identified at the final pretrial conference orally and in its corresponding order, *see* ECF No. 205, without additional briefing. Defendants do not object to plaintiff taking the same enlargement now or in a responsive brief. Counsel have consulted by email correspondence and can represent that plaintiff consents to this motion.

Dated: March 1, 2026

Norman, Hanson & DeTroy, LLC
220 Middle Street, P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941

*/s/ Russell B. Pierce, Jr., Esq.*
Russell B. Pierce, Jr. – Bar No. 7322
rpierce@nhdlaw.com

Jonathan W. Brogan – Bar No. 3163
jbrogan@nhdlaw.com

Kasia S. Park, Esq.
kpark@dwmlaw.com

*Attorneys for Defendants Gregg Palmer*
*and Brewer School Department*

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2026, I electronically filed the foregoing motion with the

Clerk of Court using the CM/ECF system, which will also notify counsel of record of the filing.

Dated: March 1, 2026

/s/ Russell B. Pierce, Jr., Esq.
Russell B. Pierce, Jr. – Bar No. 7322