# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty,

    Plaintiff,

v.

BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities,

    Defendants.

Case No. 1:24-cv-00053-JAW

**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

Plaintiff Patricia McBreairty, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 49 and the Court's Report of the Final Pre-Trial Conference and Order (ECF No. 205), submits her proposed special verdict form, with interrogatories, attached as Appendix A.

Dated: March 2, 2026.

/s/ Stephen C. Smith
Stephen C. Smith, Bar No. 8270
Steve Smith Trial Lawyers
191 Water Street
Augusta, ME 04330
info@americantrialgroup.com
Tel: (207) 622-3711
Fax: (207) 707-1036

Respectfully Submitted,

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

RANDAZZA | LEGAL GROUP

Case No. 1:24-cv-00053-JAW

## CERTIFICATE OF SERVICE

I hereby certify that, on March 2, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen C. Smith
Stephen C. Smith

RANDAZZA | LEGAL GROUP