IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, as personal representative of the Estate of Shawn McBreairty, <br><br> Plaintiff, <br><br> v. <br><br> BREWER SCHOOL DEPARTMENT, GREGG PALMER, in his personal and official capacities, BRENT SLOWIKOWSKI, in his personal and official capacities, MICHELLE MACDONALD, in her personal and official capacities, <br><br> Defendants. | Case No. 1:24-cv-00053-JAW <br><br><br> **PLAINTIFF'S WITNESS LIST** |

Plaintiff Patricia McBreairty, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the Court's Report of the Final Pre-Trial Conference and Order (ECF No. 205), discloses and designates the following witnesses for trial. Each witness shall be called to testify in-person; no witness is designated to have their testimony presented by deposition.

**1.0   TRIAL WITNESSES**

1. Plaintiff, Patricia McBreairty, as personal representative of the Estate of Shawn McBreairty

    a.   443 Main Road North, Hampden, Maine 04444

    b.   Fact witness

    c.   Mrs. McBreairty is expected to testify as to her role as Personal Representative of the Estate of Shawn McBreairty (including the care and custody of its papers and effects), the publication of the Article, the receipt by Mr. McBreairty of Defendants' demands, Mr. McBreairty's prior receipt of demands from and lawsuits brought by Melissa Hewey, and Mr. McBreairty's response and distress upon receiving Defendants' demands.

    d.   Time estimate: 1.5 hours

2. Defendant, Gregg Palmer

    a.    Brewer School Department, 261 Central Street, Brewer, Maine 04412

    b.    Fact witness

    c.    Mr. Palmer is expected to testify as to Defendants' reaction and response to the publication of the Article and his communications and directions to Melissa Hewey and DrummondWoodsum regarding demands to be sent to and actions against Shawn McBreairty.

    d.    Time estimate: 0.75 hours

3. Defendant, Brent Slowikowski

    a.    Brewer High School, 79 Parkway S, Brewer, Maine 04412

    b.    Fact witness

    c.    Mr. Slowikowski is expected to testify as to Defendants' reaction and response to the publication of the Article and his communications and directions to Gregg Palmer, Melissa Hewey and DrummondWoodsum, if any, regarding demands to be sent to and actions against Shawn McBreairty.

    d.    Time estimate: 0.5 hours

4. Melissa Hewey

    a.    Drummond Woodsum, 84 Marginal Way, Ste. 600, Portland, Maine 04101

    b.    Fact witness

    c.    Ms. Hewey is expected to testify as to her history of making demands and litigating against Shawn McBreairty, her communications with Defendants regarding the Article and their desired response thereto, her role and her firm's role as Defendants' counsel, and demands sent to and actions to be taken against Shawn McBreairty.

    d.    Time estimate: 2 hours

5. Philip Wells

    a.    38 Tannery Loop, Amherst, Maine 04605

    b.    Fact witness

    c.    Mr. Wells is expected to testify as to his daughter's petition at Brewer High School, the threats made by school officials and personnel against her and him, and his

RANDAZZA | LEGAL GROUP

    communications with Shawn McBreairty regarding the petition and the threats.

  d.  Time estimate: 0.5 hours

6. Hannah Wells

  a.  38 Tannery Loop, Amherst, Maine 04605

  b.  Fact witness

  c.  Ms. Wells is expected to testify to her petition at Brewer High School, the threats made by school officials and personnel against her and her father, and communications with Shawn McBreairty regarding the petition and the threats.

  d.  Time estimate: 0.5 hours

## 2.0 RESERVATION

The preceding list of witnesses includes an identification of those witnesses that Plaintiff presently intends to call during its case in chief.

Should it be necessary to present any further rebuttal or impeachment evidence, Plaintiff reserves the right to call any witness identified on its witness list that was filed with its Final Pretrial Memorandum (ECF No. 128), or any witness identified on the Witness lists filed by any other party. Plaintiff preserves her objection to the Court's orders excluding Connor Girard (who would have testified akin to Hannah Wells), Hunter Dawson (who would have testified to the allegations in the Article), Karen Dawson (who would have testified to the allegations in the Article and her communications with Defendants), Hailey Keezer (who would have testified as to Shawn McBreairty's reaction to the demands and threats made by Defendants), and the corporate representatives of Maine Policy Institute and Nico Ventures, Inc. (who would have testified to the publication of the Article and the value thereof).

Dated: March 2, 2026.  Respectfully Submitted,

/s/ Stephen C. Smith
Stephen C. Smith, Bar No. 8270
Steve Smith Trial Lawyers
191 Water Street
Augusta, ME 04330
info@americantrialgroup.com
Tel: (207) 622-3711
Fax: (207) 707-1036

Marc J. Randazza (*pro hac vice*)
  *Lead Counsel*
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

Case No. 1:24-cv-00053-JAW

## CERTIFICATE OF SERVICE

I hereby certify that, on March 2, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Stephen C. Smith
Stephen C. Smith

RANDAZZA | LEGAL GROUP