UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PATRICIA MCBREAIRTY, in her capacity as Personal Representative of the Estate of Shawn McBreairty,<br><br>**Plaintiff,**<br><br>v.<br><br>BREWER SCHOOL DEPARTMENT and GREGG PALMER,<br><br>**Defendants.** | No. 1:24-cv-00053-JAW |

### DEFENDANTS' PROPOSED SPECIAL VERDICT FORM

Superintendent Gregg Palmer and the Brewer School Department submit the following proposed special verdict form pursuant to this Court's order following the final pretrial conference. *See* ECF No. 205.

Dated: March 2, 2026

Norman, Hanson & DeTroy, LLC
220 Middle Street, P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

*/s/ Russell B. Pierce, Jr., Esq.*
Russell B. Pierce, Jr. – Bar No. 7322
rpierce@nhdlaw.com

Jonathan W. Brogan – Bar No. 3163
jbrogan@nhdlaw.com

Cecilia J. Shields-Auble – Bar No. 010696
cshields-auble@nhdlaw.com

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941

Kasia S. Park, Esq.
kpark@dwmlaw.com

*Attorneys for Defendants Gregg Palmer and Brewer School Department*

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

*McBreairty v. Palmer, et al.*
No. 1:24-cv-00053-JAW

**DEFENDANTS' PROPOSED SPECIAL VERDICT FORM**

1. Under all the circumstances, did Shawn McBreairty commit cyberbullying when he posted on his website the photograph in issue, either by posting the photograph itself or by posting it in combination with his certain statements identifying students in the photograph by name and/or with his statement about abuse allegations?

    YES ___   NO ___

2. Under all the circumstances, did Shawn McBreairty commit an invasion of students' privacy when he posted on his website the photograph in issue, either by posting the photograph itself or by posting it in combination with his certain statements identifying students in the photograph by name and/or with his statement about abuse allegations?

    YES ___   NO ___

**If you answered YES to either or both Question 1 or 2, STOP.  Your verdict is complete.**
**If you answered NO to either or both Question 1 or 2, move to Question 3.**

3. Under all of the circumstances, did Gregg Palmer act reasonably in addressing certain portions of Shawn McBreairty's post as speech that could be considered cyberbullying and/or an invasion of students' privacy?

    YES ___   NO ___

**If you answered YES to Question 3, STOP.  Your verdict is complete.**
**If you answered NO to Question 3, move to Question 4.**

4. Did Gregg Palmer chill Shawn McBreairty's speech when Gregg Palmer agreed to the school's lawyer writing to Shawn McBreairty to address those certain portions of Shawn McBrearity's speech that were the posting of the photograph itself or his posting it in combination with his certain statements identifying students in the photograph by name and/or with his statement about abuse allegations?

    YES ___   NO ___

**If you answered YES to Question 4, move to Question 5.**
**If you answered NO to Question 4, STOP.  Your verdict is complete.**

5.      Under all the circumstances, do you find that Gregg Palmer's own conduct proximately caused Shawn McBreairty to suffer severe emotional distress?

      YES \_\_\_        NO \_\_\_

**If you answered YES to Question 5, move to Question 6.**

**If you answered NO to Question 5, you may still award a nominal damages amount of $1.00 (one dollar) to the McBreairty side.  Check YES if you wish to award $1.00 (one dollar) in nominal damages: YES \_\_\_\_\_.  Now STOP.  Your verdict is complete.**


6.      What amount of damages do you find just and reasonable to award for the severe emotional distress actually suffered by Shawn McBreairty and proximately caused by Gregg Palmer?

_____.


Dated: _____                              _____
                                                                               Foreperson of the Jury

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I electronically filed the foregoing Defendants' Proposed Special Verdict Form with the Clerk of Court using the CM/ECF system, which will also notify counsel of record of the filing.

Dated: March 2, 2026

                                                                              */s/ Russell B. Pierce, Jr., Esq.*
                                                                              Russell B. Pierce, Jr. – Bar No. 7322