UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PATRICIA MCBREAIRTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-00053-JAW |
| | ) | |
| BREWER SCHOOL DEPARTMENT, | ) | |
| | ) | |
| Defendant | ) | |

### Written Jury Voir Dire

Questions about various experiences you may have that might be relevant to the issues that could be raised in the case are being asked on this questionnaire, rather than in the courtroom, to protect your privacy and to allow for a more efficient jury selection process. The information on this questionnaire will only be viewed by the judge and attorneys involved in the case and will only be used for the purpose of jury selection. Please read each question carefully and give a complete and accurate answer. Thank you for your cooperation.

**JUROR NAME AND JUROR NUMBER (Please print):**

_____

1. Do you have any strong positive or negative beliefs or opinions regarding adults or minors who identify as transgender?

    YES _____        NO _____

2. Do you have any strong positive or negative beliefs or opinions regarding gender identity or expression?

    YES _____        NO _____

3. Do you believe that the local, state, and federal government should adopt policies and enact laws that prevent discrimination based on gender identity or expression?

    YES _____        NO _____

4. Do you believe that public schools in Maine adequately provide for the safety and well-being of their students, including students who identify as transgender?

    YES _____        NO _____

5. Have you ever been a member of a group or organization that has advocated for or against transgender rights?

   YES _____          NO _____

6. Do you believe that public schools in Maine should allow students to use the communal bathroom consistent with their gender identity which might not be consistent with their biological sex?

   YES _____          NO _____

7. Do you believe that the freedom of speech protected under the First Amendment is or should be absolute—that the government cannot and should not limit the content of a person's speech under any circumstances?

   YES _____          NO _____

8. The parties expect that at some point during the trial, the Court will instruct the jury on the law regarding the right to freedom of speech under the First Amendment. Would you be able to accept and apply the law as instructed by the Court even if you viewed the right to freedom of speech differently?

   YES _____          NO _____

9. Have you or a group with which you are or have been affiliated, ever advocated before a school board for a change of a policy or practice?

   YES _____          NO _____

I affirm, under penalty of perjury, that I have given complete and honest answers to all the above questions.

Date:          _____          _____
               Juror Signature                    Juror Number