UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  Patricia McBreairty v. Brewer School Department, et al.
DOCKET NO:  1:24-cv-00053-JAW

## Exhibit List

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Plaintiff's Verified Complaint (ECF No. 1) | | Inadmissible hearsay.  See Fed. R. Evid. 801(c). | | | |
| 2 | | | Girls' Bathrooms Are Not "Safe Spaces" When Males Are Present - Feb 12, 2024 - (ECF No. 1-3) | | | | | |
| 3 | | | Photograph of Shawn McBreairty (enlarged) (ECF No. 1-3) | | | | | |
| 4 | | | Email from Melissa Hewey, Feb. 13, 2024 (ECF No. 1-5) | | | | | |
| 5 | | | Email from Melissa Hewey, Feb. 14, 2024 (ECF No. 1-6) | | | | | |
| 6 | | | Declaration of Shawn McBreairty with exhibits (ECF No. 23-1) | | Inadmissible hearsay.  See Fed. R. Evid. 801(c). | | | |
| 7 | | | Complaint in *Hermon School Dept. v. Shawn McBreairty* - Penobscot Superior Court (ECF No. 23-2) | | Not relevant and, even if it were, its admission would confuse the issues or mislead the jury. See Fed. R. Evid. 401, 403. | | | |
| 8 | | | Declaration of Shawn McBreairty (ECF No. 25-1) | | Inadmissible hearsay.  See Fed. R. Evid. 801(c). | | | |
| 9 | | | Email from Shawn McBreairty, Feb. 14, 2024 (ECF No. 16-2) | | Inadmissible hearsay if offered by Plaintiff.  See Fed. R. Evid. 801(c)(2). | | | |
| 10 | | | Letters of Authority (ECF No. 69-1) | | Relevance; subject to requested jury instructions or stipulations | | | |
| 11 | | | Declaration of HW (ECF No. 1-1)(Recorded Recollection) | | Inadmissible hearsay, see Fed. R. Evid. 801(c); 805, and no | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | | foundation for recorded recollection, see Fed. R. Evid. 803(5)(A)-(C). | | | |
| 12 | | | Declaration of Phil Wells (ECF No. 1-2)(Recorded Recollection) | | Inadmissible hearsay, see Fed. R. Evid. 801(c); 805, and no foundation for recorded recollection, see Fed. R. Evid. 803(5)(A)-(C). | | | |
| 13 | | | Brewer Policy ACAD (ECF No. 4-3) | | | | | |
| 14 | | | Brewer Policy ACAF (ECF No. 4-4) | | | | | |
| 15 | | | Brewer Policy JICK (ECF No. 4-5) | | | | | |
| 16 | | | "Weeks in the Maine Woods are Brewer High School's Answer to Absenteeism," Bangor Daily News, July 15, 2023 (ECF No. 4-1) | | Not relevant and, even if it were, its admission would confuse the issues and waste time. See Fed. R. Evid. 401, 403. | | | |
| 17 | | | "Hampden Academy quarter 2 honor roll",Bangor Daily News, Feb. 21 2024(ECF No. 4-6) | | Not relevant and, even if it were, its admission would confuse the issues and waste time.  See Fed. R. Evid. 401, 403. | | | |
| 18 | | | Brewer High School, 2024 quarter 2 honor roll - Feb. 2  2024 (ECF No. 4-7) | | Not relevant and, even if it were, its admission would confuse the issues and waste time.  See Fed. R. Evid. 401, 403. | | | |
| 19 | | | Excerpts of Transcript of Hearing, March 14, 2024 (ECF No. 40-1) | | Not relevant and, even if it were, its admission would confuse the issues and waste time.  See Fed. R. Evid. 401, 403. | | | |
| | 1 | | February 8, 2024, Truth Social Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 2 | | February 9, 2024, X Post, author Shawn McBreairty | Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 3 | | February 11, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 4 | | February 12, 2024, X Post, author Shawn McBreairty | Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 5 | | February 12, 2024, Truth Social Post, NEWS: Girls' Bathrooms are Not "Safe Spaces" When Males Are Present, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 6 | | February 12, 2024, Brewer School Committee Minutes | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403; Hearsay per FRE 802 | | | | |
| | 7 | | February 13, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | 8 | | February 13, 2024, Maine Source of Truth Podcast, Video of Shawn McBreairty in front of Brewer school board. | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 9 | | February 13, 2024 emails between Karen Dawson Gardner and Gregg Palmer | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403; Hearsay per FRE 802; Completeness per FRE 106 | | | | |
| | 10 | | February 13, 2024, Melissa Hewey email to McBreairty | | | | | |
| | 11 | | February 14, 2024, Melissa Hewey email to McBreairty | | | | | |
| | 12 | | February 14, 2024, Shawn McBreairty email to Hewey | | | | | |
| | 13 | | February 14, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 14 | | February 15, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 15 | | February 15, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | 401; More Prejudicial than Probative  per FRE 403 | | | | |
| | 16 | | February 16, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative  per FRE 403 | | | | |
| | 17 | | February 16, 2024, Truth Social Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative  per FRE 403 | | | | |
| | 18 | | February 16, 2024, Podcast with Stew Peters, Teachers Caught Grooming Kids in Maine: School Allows 'Gay Sexuality Clubs' with Teachers | Relevance per FRE 401; More Prejudicial than Probative  per FRE 403 | | | | |
| | 19 | | February 16, 2024, : Tucker SLAMS Warmonger Shapiro, Pedophile Maine Teachers Host 'Gay Sexuality Clubs' For Minors | Relevance per FRE 401; More Prejudicial than Probative  per FRE 403 | | | | |
| | 20 | | February 18, 2024, TikTok Post, Libs of TikTok | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative  per FRE 403 | | | | |
| | 21 | | February 22, 2024 email from Karen Dawson Gardner to Gregg Palmer | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative  per FRE 403; Hearsay per FRE | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | 802; Completeness per FRE 106 | | | | |
| | 22 | | February 22, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 23 | | February 22, 2024, TikTok Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 24 | | February 26, 2024, X Post, author Shawn McBrearity | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 25 | | February 28, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 26 | | March 1, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 27 | | March 1, 2024, Truth Social Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 28 | | March 1, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 29 | | March 1, 2024, Chaya Raichik, Libs of TikTok, Rumble Interview: Exclusive Interview: Journalist Attacked by School System for Exposing Trans Bathroom Policy, Shawn McBreairty and Marc Randazza | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | 30 | | March 1, 2024, Maine Source of Truth Podcast, Maine Journalist Fights Back After School Department Threatens to Sue Over His Article Trans Bathroom Policy | Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 31 | | March 4, 2024, Brewer School Committee Minutes | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403; Hearsay per FRE 802 | | | | |
| | 32 | | March 11, 2024, Liberty Center.org post | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 33 | | March 18, 2024, X Post, author Shawn McBreairty | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 34 | | March 27, 2024, America Happens Podcast, Blood Money, Going to War Against the Classroom to Clinic Pipeline | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 35 | | April 30, 2024, Take FiVe Podcast, Shawn McBreairty: Leading the Charge for Educational Freedom and First Amendment Rights on Take FiVe on Rumble | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | 36 | | December 1, 2022, X Post, author Shawn McBreairty's Conscience | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403; Hearsay per FRE 802; Authenticity per FRE 901 | | | | |
| | 37 | | Shawn McBreairty Profile on X – "America's Most Dangerous Dad" | Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 38 | | February 12, 2024, [your]NEWS Article: Girl's Bathrooms are Not "Safe Spaces" When Males are Present, author Shawn McBreairty | More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List 2 | | Oct. 20, 2022 Twitter Spaces Appearance | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List 4 | | Mar. 8, 2023 Declassified Podcast Appearance | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | | | | than Probative per FRE 403 | | | | |
| | 03/10 List 19 | | Feb. 14, 2024 Maine Source of Truth Podcast | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List 29 | | Feb. 22, 2024 Behind Enemy Lines Appearance | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List 36 | | Mar. 1, 2024 Maine Source of Truth Press Release | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37 | | | | |
| | 03/10 List 38 | | Mar. 5, 2024 Mordecai Mission Appearance | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List | | Apr. 1, 2024 Stew Peters Show Appearance | Untimely (failure to disclose by 3/2/26) per | | | | |

| Ptf Exh No. | Dft Exh No. | Court Exhib | Description | Ptf Obj | Dft Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|---|
| | 42 | | | ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List 43 | | Apr. 12, 2024 Tea Party Power Hour Appearance | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; More Prejudicial than Probative per FRE 403 | | | | |
| | 03/10 List 44 | | Apr. 14, 2024 Randazza X Post | Untimely (failure to disclose by 3/2/26) per ECF No. 205; Failure to disclose/identify previously per FRCP 26 & 37; Relevance per FRE 401; More Prejudicial than Probative per FRE 403 | | | | |