# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

**PATRICIA MCBREAIRTY, in her capacity as Personal Representative of the Estate of Shawn McBreairty,**

**Plaintiff,**

**v.**

No. 1:24-cv-00053-JAW

**BREWER SCHOOL DEPARTMENT and GREGG PALMER,**

**Defendants.**

## JOINT NOTICE OF SETTLEMENT

The parties jointly notice the settlement of the above matter on all claims. The parties request that the Court issue the standard order setting a deadline to file docket entries reflecting final disposition within 30 days.

Dated March 22, 2026

/s/ Stephen C. Smith
Stephen C. Smith, Bar No. 8270
Steve Smith Trial Lawyers
191 Water Street
Augusta, ME 04330
info@americantrialgroup
Tel: (207) 622-3711
Fax: (207) 707-1036

Marc J. Randazza (*pro hac vice*)
*Lead Counsel*
Jay M. Wolman (*pro hac vice*)
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
Email: ecf@randazza.com

Attorneys for Plaintiff,
Patricia McBreairty

1

Dated: March 22, 2026

Norman, Hanson & DeTroy, LLC
220 Middle Street, P.O. Box 4600
Portland, ME 04112-4600
(207) 774-7000

_/s/ Russell B. Pierce, Jr., Esq._
Russell B. Pierce, Jr. – Bar No. 7322
rpierce@nhdlaw.com

Jonathan W. Brogan – Bar No. 3163
jbrogan@nhdlaw.com

Cecilia J. Shields-Auble – Bar No. 010696
cshields-auble@nhdlaw.com

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101
(207) 772-1941

Kasia S. Park, Esq.
kpark@dwmlaw.com

*Attorneys for Defendants Gregg Palmer
and Brewer School Department*

### CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2026, I electronically filed the foregoing Joint Notice of Settlement with the Clerk of Court using the CM/ECF system, which will also notify counsel of record of the filing.

Dated: March 22, 2026

_/s/ Russell B. Pierce, Jr., Esq._
Russell B. Pierce, Jr. – Bar No. 7322

2