UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

PATRICIA MCBREAIRTY,                    )
as Personal Representative of the       )
Estate of Shawn McBreairty             )
                                        )
   Plaintiff                            )
                                        )
v.                                      )    CASE NO.    1:24-cv-00053-JAW
                                        )
BREWER SCHOOL DEPARTMENT,                )
et al                                   )
                                        )
   Defendants.                          )

## JUDGMENT

In accordance with the Order on Cross Motions for Summary Judgment and Motion for Rule 56(d) Discovery and the Order on Motion for Summary Judgment and Motion for Rule 56(d) Discovery entered by Chief U.S. District Judge Lance E. Walker, on May 6, 2025: Judgment is hereby entered in favor of defendant, Michelle MacDonald.  On Counts I, II, and III, judgment of dismissal is entered in favor of defendant, Brent Slowikoswki. Judgment is hereby entered on Count III in favor of the plaintiff, Patricia McBreairty.

In accordance with the Stipulation of Dismissal filed on April 15, 2026, the plaintiff, Patricia McBreairty and remaining defendants, Gregg Palmer and Brewer School Department, stipulate to dismissal of all other claims with prejudice and without costs.

Jennifer P. Lyons, Clerk

By:    /s/Michelle Thibodeau
      Deputy Clerk

Dated: April 15, 2026